# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STEVEN DOMINIC AUGER Sr.,
Plaintiff,

v.

KATHLEEN M. DENNEHY,
Defendant.

05-102...

[Filed stamp: 2005 FEB -3 P 12:24 U.S. DISTRICT COURT DISTRICT OF MASS / IN CLERKS OFFICE FILED]

## MOTION TO PROCEED IN FORMA PAUPERIS

1. I, Steven Dominic Auger Sr., do depose and state:

2. I am incarcerated at the Supermaximum Security Prison at MCI Shirley Massachusetts Correction Center.

3. I have been incarcerated for a parole violation since May 2nd 2001. My maximum term is July 23, 2005

4. I have not worked an institutional job from May 2nd 2001 until the present day.

5. I depend on institutional hygiene products and money from my brother. (Statement of account enclosed)

6. From January 1, 2001, I have received one thousand, three hundred, ten dollars and ninety-five cents. For the past two months I have received no money. I have thirty-five cents in my account. I have no other source of income, no bank accounts, no real estate, stocks, bonds, automobiles or other valuable property.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

_Steven Dominic Auger Sr._
Steven Dominic Auger Sr.
February , 2005

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050119 10:03

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | C51664 | | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | AUGER, STEPHEN, D, | | Statement From | 20050101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20050119 | |
| Block : | J1 | | | | |
| Cell/Bed : | 22 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,310.95 | $1,301.11 | $0.00 | $0.00 |
| 20050105 08:18 | IC - Transfer from Inmate to Club A/c | 3929208 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050111 08:16 | IC - Transfer from Inmate to Club A/c | 3958179 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050112 08:45 | IC - Transfer from Inmate to Club A/c | 3964399 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.34 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983419 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050114 08:12 | IC - Transfer from Inmate to Club A/c | 3996380 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999044 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $3.65 | $0.00 | $0.00 |
| | | | | | | $0.02 | $7.48 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.38 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050131 13:05

| Commit# : | C51664 | | SOUZA-BARANOWSKI CORRECTIONAL | Page : 1 |
|---|---|---|---|---|
| Name : | AUGER, STEPHEN, D, | | **Statement From** 20050101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | **To** 20050131 | |
| Block : | J1 | | | |
| Cell/Bed : | 22 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,310.95 | $1,301.11 | $0.00 | $0.00 |
| 20050105 08:18 | IC - Transfer from Inmate to Club A/c | 3929208 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050111 08:16 | IC - Transfer from Inmate to Club A/c | 3958179 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050112 08:45 | IC - Transfer from Inmate to Club A/c | 3964399 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.34 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983419 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050114 08:12 | IC - Transfer from Inmate to Club A/c | 3996380 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999044 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $3.65 | $0.00 | $0.00 |
| 20050125 09:12 | IC - Transfer from Inmate to Club A/c | 4031893 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050125 09:15 | IC - Transfer from Inmate to Club A/c | 4031931 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.66 | $0.00 | $0.00 |
| | | | | | | $0.02 | $9.51 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.35 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041123 09:26

| Commit# : | C51664 | | SOUZA-BARANOWSKI CORRECTIONAL | Page: 6 |
|---|---|---|---|---|
| Name : | AUGER, STEPHEN, D, | | Statement From  20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To  20041123 | |
| Block : | J1 | | | |
| Cell/Bed : | 22 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040907 08:18 | IC - Transfer from Inmate to Club A/c | 3324665 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040908 08:20 | IC - Transfer from Inmate to Club A/c | 3329883 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338397 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040913 15:36 | CI - Transfer from Club to Inmate A/c | 3368045 | | SBCC | ~canteen refund 9/3~C51664 AUGER,STEPHEN D PERSONAL~KCN WASH ACCOUNT - Z5 | $1.43 | $0.00 | $0.00 | $0.00 |
| 20040917 22:30 | CN - Canteen | 3394358 | | SBCC | ~Canteen Date : 20040917 | $0.00 | $24.46 | $0.00 | $0.00 |
| 20040922 08:48 | ML - Mail | 3404584 | | SBCC | ~RICHARD AUGER | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040924 22:30 | CN - Canteen | 3422129 | | SBCC | ~Canteen Date : 20040924 | $0.00 | $27.33 | $0.00 | $0.00 |
| 20041001 22:30 | CN - Canteen | 3449123 | | SBCC | ~Canteen Date : 20041001 | $0.00 | $16.70 | $0.00 | $0.00 |
| 20041004 09:38 | ML - Mail | 3450587 | | SBCC | ~UNKNOWN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041006 08:09 | IC - Transfer from Inmate to Club A/c | 3462457 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20041007 13:40 | IC - Transfer from Inmate to Club A/c | 3476305 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041008 22:30 | CN - Canteen | 3483156 | | SBCC | ~Canteen Date : 20041008 | $0.00 | $25.89 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503590 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041014 08:14 | IC - Transfer from Inmate to Club A/c | 3521666 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20041014 09:37 | ML - Mail | 3522348 | | SBCC | ~RICHARD AUGER | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041015 22:30 | CN - Canteen | 3529759 | | SBCC | ~Canteen Date : 20041015 | $0.00 | $25.92 | $0.00 | $0.00 |
| 20041022 22:30 | CN - Canteen | 3561536 | | SBCC | ~Canteen Date : 20041022 | $0.00 | $7.12 | $0.00 | $0.00 |
| 20041104 09:41 | ML - Mail | 3618055 | | SBCC | ~RICHARD AUGER | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041104 09:41 | MA - Maintenance and Administration | 3618056 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041108 08:26 | IC - Transfer from Inmate to Club A/c | 3626505 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.72 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649276 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041112 12:11 | IC - Transfer from Inmate to Club A/c | 3672237 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20041112 22:30 | CN - Canteen | 3673541 | | SBCC | ~Canteen Date : 20041112 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041117 08:14 | IC - Transfer from Inmate to Club A/c | 3686664 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20041118 11:39 | IC - Transfer from Inmate to Club A/c | 3698424 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.72 | $0.00 | $0.00 |
| 20041123 08:10 | IC - Transfer from Inmate to Club A/c | 3712240 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.12 | $0.00 | $0.00 |
| | | | | | | $1,220.94 | $1,217.41 | $0.00 | $0.00 |

Balance as of ending date :  Personal $3.53   Savings $0.00