UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT[S]

STEVEN DOMINIC AUGER Sr.,
Plaintiff,

v,

KATHLEEN M. DENNEHY, et al,
Defendant.

05-10...

Referred to Ch MJ M.B. Boule[r]

FILED IN CLERKS OFFICE
2005 FEB -3 P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

## COMPLAINT

1. I, Steven Dominic Auger Sr., am the petitioner. My present address is: Souza Baranowski Correctional Center, P.O. Box 8000, Shirley MA 01464. My prison identification no. is #C-51664.

2. Defendant Kathleen M. Dennehy is the commissioner of correction, Massachusetts. Her mailing address is: Department of Correction Legal Division, 70 Franklin Str., Suite 600, Boston, MA 02110-1300.

4. The reason I am filing this action in a Federal Court is because Cambridge Court is full of corruption and between there sneaky and corrupt tatics, and the security guards at the prison sneaky and corrupt tatics, they have caused several lawsuites to be dismissed before process of the summons, and have unlawfully dismissed complaints. I have been subjected to the most severe cruel treatment by the defendant and her subordinates, and these psychotic security guards (who torture helpless human beings into trying to kill themselves).

5. The defendants office has known I am sentenced to a reformatory, not to the state prison. To stop my research, or, stall it, (so they can use psychological techniques to drive

1.

me mad) the defendant transfered me to the maximum security prison at Walpole where the following things happened to me:

5. On the day I arrived at Walpole, and five minutes after I entered my cell, the inmate beside me called me Super-Skinner. The guards were obviously expecting me and expecting to cause me harm. Turned out that the inmate who called me super-skinner had guards at his cell talking to him for long periods of time, and because he was a violent gang member the guards used him to beat up inmates they did'nt like. At Walpole I was threatened by this inmate's gang of four. At Walpole I was assaulted by an inmate. This assault was set up by guards, and they did help in assaulting me when there bully was'nt doing to good. On another occassion the guards had an inmate attempt to murder me, and the guards covered it up by not reporting it to the District Attny's office, (even though this inmate had a sentencing hearing a few month's later for murdering another inmate the same exact way he he tried to murder me. At Walpole I was (only) seen for my stab wounds after I was sliced up. The medical department made no attempt to bandage me or give me any treatment to keep the wounds clean. I was denied clean underclothing for two weeks when they put me in 10 Block after I was stabbed, (for they put me directly in 10 Block). The guards allowed the inmates to throw feces and urine and foods and fire at my cell, and they trapt me in my cell. I took one shower in three months. For seven months I was denied a religious vegetarian meal and had to eat what I could while in 10 Block, where

your only food is what they serve you. All staff in 10 Block, the Superintendant, Mental health, and the Protestant Pastor, were 100% knowing that I could not digest any products made by animal substances. Inmates in 10 Block were allowed by guards to bang my cell. One time they allowed two inmates to bang my cell walls with plastic cups for two days and nights. At Walpole I was put in a cell in 10 Block that purposely had chemical toxins (designed to control riots) in my lower vent. It was crystalized to a black substance that burned your skin. While in 10 Block I informed a justice of the Superior Court of Middlesex County that I was serving a Concord sentence, and even though he drafted a memorandum with sneaky remarks to let the department know I was not doing a Walpole sentence, I was still kept in Walpole and a guard told me " we dont kill you, we torture you until you kill yourself, then were suppose to save you". I was at Walpole from January 24, 2003, to Febuary 21, 2003.

6.    On Febuary 21, 2003, the commissioner's office decided to isolate me with inmates under there complete control. They put me in with protective custody inmates when I have been in prison population since I began being imprisoned April 2nd 1983. The Commissioner's office put me in the Commonwealth's Super Maximum Security prison and they have been torturing me for years. I had to receive emergency assistance for food poisoning. I had to stop my vegetarian meal (before they lied and said I was caught taking another tray other than my assigned tray). I had to stop getting the vegetarian meal not because I stopt being a vegetarian, no, because these psycho's were doping my food. Guards made false aligations and a court order was secured from the use of

3.

those false aligations to have me forced moved to the Bridgwater State Hospital. All Dr's and other staff member's at Bridgwater found there aligations unsupported and recommended no medications and no treatment's for me. I was there forty days. Since my return to S.B.C.C. from Bridgwater last Febuary 24, 2004, the mental health Dr. finally stopt harassing me and has only attempted to see me two times. The Dr. and a worker told me they cannot help me with my problems with the guards. The guards at Souza Baranowski Super Max are extremely corrupt weirdo's. Most are homosexual, who favor homosexual offender's and treat header-sexual's offenders with negative responses to all there requests. The guards have a sophisticated method of torturing there targets into behaving like raging lunatics and as they cause these inmates to behave like lunatics they have mental health personal documenting everything. Since I have brought all there methods (guards) to the mental health workers attention many (atleast four) have quit working here and one told me she thought my efforts were honorable and wanted to shake my hand before she left. The guards can make the mechanism's in the cell door control panel boxes bang hard or soft from left to right, which causes your bed wall and table wall to become an amphilphyer, which echoes the bang. Some bangs they use continously are as loud as a sledge hammer on a metal trash barrell. At one point they were banging my cell over four hundred times a day. With the banging and the drugs they were putting in my food, they also used high powered (up to 20 inches) flash lights and keep them on your eyes at

4.

night every half hour, then from three-thirty in the afternoon until night time they would do half-hour rounds and walk by my cell directing the flashlight beams at my eyes.

7. Because the Commissioner is aware of all the evidence I have against the Department for the guards involvement in murdering two inmates and causing other's to self mutilate themselves and keeping reformatory inmates in maximum prison's (where the law does not allow them to be for one hour) she has made sure I receive no transfer out of here and has made sure all the guard's I have named are working in the unit continously. The Commissioner has also turned her back on staff's at S.B.C.C. unlawful removal of my good-conduct (which makes my release date May 3, 2004) and a judge (two) have corrupted themselves to cover this up, cause it turns out there are also thousands of other inmates being denied the proper deduction of repealed G.L.c. 127, s. 129, good-conduct credit. The department has told inmates since 1994 that a maximum term of a truth-n-sentence cannot be used as the maximum term for deduction of section 129 credit received from a lesser concurrent sentence. My Brief was filed Febuary 1, 2005, at the Appeal Court, doctet No. 2004-P-1551.

## RELIEF

I seek no monetary damages unless an attorney is assigned (motion for appointment of counsel) to me advises me to, for his fee's and other expenses that may occur. I am not sure of my rights on what relief I can request and hope my complaint does not get dismissed because of the following relief I am about to request:

1. An appointed attorney

2. Criminal indictments against all staff who knew I was being tortured and by ignoring helping me made themselves a joint venturer.

3. A declaration that holding reformatory inmates at a maximum prison is against the constitution of the United States.

4. And other relief an attorney may recommend, including trial by jury.

Respectfully submitted,

Dated: Febuary 1, 2005
copy Fld

*Steven Dominic Auger Sr.*
Pro se
Steven Dominic Auger SR.
# C-51664
P.O. Box 8000
Shirley, MA 01464

I declare under penalty of perjury that the foregoing is true and correct.

Febuary 1, 2005    *Steven Dominic Auger Sr.*
Steven Dominic Auger Sr.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Steven Dominic Auger Sr.
S.B.C.C.
#C-51664
P.O. Box 8000
Shirley, MA 01464

**DEFENDANTS**
Commissioner of Mass. Correction
Kathleen M. Dennehy, et al

05-10280 GAO

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro-se
(Submitted motion to appoint counsel)

ATTORNEYS (IF KNOWN)
Department of Correction
Legal Division
70 Franklin St. Suite 600
Boston, MA 02110

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 892 Economic Stabilization Act |
| | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | |
| 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| 290 All Other Real Property | | ☒ 550 Civil Rights | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

**VII. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
42 U.S.C. 1983: wrongful imprisonment - torture - attempted murder - food poisoning - threat to murder children 7 and 11 - starving me - using prison system to torture me - corrupting government officials and judges - and more

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**IX. RELATED CASE(S) IF ANY** (See instructions):
JUDGE: Judge Kottmyer    DOCKET NUMBER: MICV 2002-01081

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Pro-se  Steven Dominic Auger Sr.

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT #3

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Steven Dominic Auger Sr.
   Kathleen M. Dennehy, et al       v.    05-10280 GAO

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
             740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

FILED
IN CLERK'S OFFICE
2005 FEB -3 P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   MICV2002-0186, (dismissed on Jan. 15, 2004)

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   No

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? No
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)___

? 6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?___

? 7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES_____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES): - (SEE LOCAL RULE 40.1(D)). YES_____

? 8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES_____ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?___

? 9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?___

? 10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION___ OR WESTERN SECTION___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Pro se  Steven Dominic Auger Sr.
ADDRESS   P.O. Box 8000, Shirley MA 01464
TELEPHONE NO.   N/A

(Category Form - 03/03)