UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN DOMINIC AUGER Sr.,
Plaintiff,

V.

CA 05-10281 NG

KATHLEEN M. DENNEHY,
Defendant.

## MOTION FOR APPOINTED ATTORNEY

Because of the seriousness of the involvement of the prison guards and the mental anguish they are subjecting me to, and the following supporting reasons, I respectfully request an attorney be assigned to represent my claims.

In support I would pray that my aligations be taken to be truthful. I am in control of myself and have an understanding of how to present my arguments but they have proved to be unsucessful because of the powers against me. The prison guards keep me abused using there methods and they keep me tired and make concentrating a painful experience using there banging methods as I sit and write. Whatever there doing to me makes even whistling sometimes make my head hurt and the guard's no this.

I have a Mass. Crim. R. 30 and a request for jail credit's (that the commonwealth has until Febuary 28, 2005, to answer) pending. I also submitted an appellate brief and appendix on Febuary 1, 2005, and have that pending. I can only use a type writer one and a half hour every seven days and four and a half hours every fourteen days. During this

one

time I also have to research cases and make out request forms for copying documents, which I am only allowed to make copies on Friday's. I cannot remove books from the library for research and I do not know Federal Court procedures or case law's cause I have been studying good-time credit's for almost two years and also my reformatory sentence and it's structure, while useing 90% massachusetts cases. Although I keep myself logical I am not able to eat three meals a day because they have scared me away from my vegetarian diet meal cause it is being used to target me and make me sedated so I cannot get out of bed or concentrate without going nuts cause of the harassing bangs. I believe I am healthy but these factors are still real and my ability to focus on reading and writing is targeted by these guards and my food and sleep and peace of mind.

    I cannot obtain all the names of those who have involved themselves in taking pleasure of making me suffer and amuse themselves with my behavior of yelling at them that there going to jail someday and there amusement is seeing me not able to have my vegetarian meal for when I did they would amuse themselves by yawning at me cause they were doping my trays. They also amused themselves over seeing me lying on my mattress on the cell floor with a pillow string tide tight around my head to reduce the effect of the banging when my body would pass out from exhaustion and they would hear me snncore and get a laugh over the loud bang they would make.

TWO

I can even produce evidence showing these guards have made people in society stop helping me when they were in the process of helping me and even friends of family members.

So for one and a half hour's a week I have for research, typing, and copying, and for four and a half hours every fourteen days I have for research, copying, and typing. And research is done case by case or statute by statute, cause it has to be done by computer so you don't have several books opened up infront of you to make your research easier, you gotta keep clicking from case to case and keep getting the arrow to go where you want it to go and some weeks there's no paper for printing up cases for research and on holidays there's no copying or supplies and I've been in a situation here where the only instrument they supply you with for writing is a three inch plastic, not wood, pencil with no eraser and no sharpener and you can't use your teeth like you can with the wooden pencils. If I were to be segregated during this complaint this plastic pencil would be my only means for writing and I would have to ask the guards to sharpen it and it's at that point where it did take me two days to get a bar of soap, here in segregation, and ten days to get a change of underclothing that was mildew because they let my legal work and my clothes get soaked, then sit in a plastic bag until it dried and smelt and my legal work had mildew spots on it but because they could see the words the investorgators said the action of the guard did not destroy the legal work. So if I

THREE

was put in segregation I would not be able to write until I was let out and my complaint could be dismissed for whatever reason.

My writing skills and my ability to write logically has come from researching the Bible for forty-three months every night and day while these guards tortured me and before they started to torture me. These guards only see me studying the Bible, but there minds are very disturbed, they appear to enjoy causing inmates like me to throw away my Bible and become one of there puppets, to get them to stop hurting me. I put up signs saying Jesus loves you and they continued to torture me. My family and the mother of my sons call continuously trying to stop these guards from hurting me but there so powerful that even judges are scared to make a ruling against them. They may even target the lawyer you assign to me. Knowbody has been willing to help me cause of these people and why should these people (guards) who torture helpless human beings be held in any higher degree then these inmates who are doing life sentences for also torturing helpless human beings. I'm sure at the time when th criminal's were torturing there victims they were justifying in there own minds how it was right for them to be torturing there victim, well these guards are the same way as them, cause they hide there guilt so they know there guilty. There even changing the food comming to the unit so there's less and less for me to eat. Today's Breakfest, a bagale and eggs, lunch: fish, hamburger soup, cole slaw.

FOUR

My parents are not living so I only have, and I am 100% blessed, the mother of my children and she's remarried. I had my brother but these guards have so many corrupt freinds that they may have scared the poor kid, cause I have not heard from him in a month. These guards actually threatened to have my two sons decapitated, my family members are scared of something they can't discuss on the phone.

I hope my request for appointment of counsel is allowed under these circumstances.

I declare under the pains and penalties of perjury that the foregoing is true and correct 100% so help me GOD!

Respectfully submitted,

Steven Dominic Auger Sr.
Steven Dominic Auger Sr.

Dated: Febuary 1, 2005
Copy Fld

FIVE