SHOW CAUSE RESPONSES

1. Liability of Commissioner Dennehy . . . . . . . . . 1-4, 27-29, 84-88

2. Cambridge Court / corruption / dismissed lawsuites . . . . 5-7, 24, 30, 88-97

3. Prison guards / corruption / sabotaged cases . . . . . . 7-11, 18, 19, 36-38

4. Deliberate indifference . . . . . . . 8, 1-6, 14, 15, 19, 27, 29, 32, 36, 37, 78, 79

5. I was set up to be murdered . . . . . . . . . . . 12, 8-10, 19

6. Stab wounds . . . . . . . . . . . . . . . . 13, 19, 20

7. Harassment / human feces, urine, fires, food . . . . . . . . 14, 18

8. my attempt to be murdered covered up . . . . . . . . . . 18

9. 2 weeks same bloody underclothing . . . . . . . . . . 14, 19

10. 1 shower / after stabbing / in 3 months . . . . . . . . . 20

11. Vegetarian meal / denial of 6 months . . . . . . . 21, 14, 41, 42

12. Chemicals to control riots put in cell vent . . . . . . . 25

13. Transfer to S.B.C.C. from Walpole . . . . . . . . . 26

14. Food poisoned . . . . . . . . . . . . . . 30, 14, 31-37

15. Vegetarian meal contaminated . . . . . . . . 36, 41, 42

16. guards providing lies to Judge . . . . . . . . . 42-50

17. Weird / homosexual guards . . . . . . . . . 50-53

18. Some techniques of psychological torture . 53-62, 8-13, 15-17, 34, 28, 29, 36-41

19. guards / joint venture / dead inmates . . . . . 62-70, 9-11, 19, 36, 37

20. reformatory inmates in wrong prison . . . . . 70, 1-4, 8, 27-29

21. Commissioner / joint venture torturing me . . . . . 71, 9, 27, 28, 72

22. Guard threatened to hurt children . . . . . . . 72-77

RESPONSES TO JUDGES DISCUSSION

23. Exhaustion requirements . . . . . . . . . . 78

24. Complying with Fed. R. Civ. P. 8(a) . . . . . . 80

25. liability of Commisser Dennehy . . . . . . . 84

26. Claims asserted in State court . . . . . . . 88

27. Conclusion . . . . . . . . . . . . . 97

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN DOMINIC AUGER Sr.,
        Plaintiff,

V.                                                    C.A. No. 05-10280-GAO

KATHLEEN M. DENNEHY,
COMMISSIONER OF CORRECTION,
        Defendant.

SHOW CAUSE RESPONSE

RECONSIDERATION FOR APPOINTMENT OF

PROFESSIONAL COUNSEL

I.      Liability of Commissioner Kathleen M. Dennehy : From Complaint # 2.

Commissioner Dennehy became Commissioner of Correction Febuary 24, 2004. Commissioner Dennehy, in her official capacity, must answer for the former Commissioner's actions done in his official capacity. Mass. R. Civ. P. 25 (d)(1)(2). Here after I will use the official term "Commissioner" for Commissioner Dennehy's action and any former Commissioner's action done in there official capacity and here after name each Commissioner's name where it seems I should.

my main argument against the Commissioner is I wrote the Commissioner around late 2001 early 2002 and complained about my sentence structure being improperly executed by the executive branch as a whole, meaning my prison treatment, transfer's, and the Parole Departments behavior. The Commissioner then modified a classification 3-0 decision to transfer me to the safer enviorment of S.B.C.C., to the most violent and dangerous enviorment of Cedar Junction at Walpole (where inmates were pre-expecting me).

When I arrived at Walpole on January 24, 2002, I responded to my fear's by writing the Commissioner and called "him" a murderer for putting me in Walpole. The Commissioner ignored this letter just as he ignored my previous letter so I concluded, I guess mentally, that writing the Commissioner is absolutely useless. But the Commissioner was told that I was serving a reformatory sentence, not a Walpole sentence, and I was in fear for my safety from the Walpole prison in it's entirity (for I've never been there and did not know what to expect).

I then made my complaints about my reformatory sentence to anyone I could, cause I was desperate and did not know what to do, and knowbody would help me, but instead they were behaving angry at me. The Unit Team Manager Dale Bissonette said to me around the beginning of April of 2002, "I don't care what your legal work says, you move to your assigned housing unit or we'll move you and you'll end up with only your mattress". Ms. Bissonette said this cause I tried to show her a case ( Common- wealth v Hayes, 362 N.E.ad 905, 908, 372 Mass 505, 510 (1977) ) for this case seemed to me to show that I was not sentenced to be at Walpole prison.

I complained to the Unit case manager Alison. I complained to the Unit Quade case manager. I complained to the Superintendant (who involved the Prison Mental Health Department).

I exhausted every remedy that came to mind. I was seen by about five people at one time on June 28, 2002, at my class-

2.

ification board meeting and told them I am doing a reformatory sentence and knowbody cared, so in my mind I mentally concluded that something bad is being done to me and it's knowingly being done to me by the Commissioner and he's making all these other people ignore me. On top of this I was serving time for a rape offense which receives no sympathy by anyone at Walpole but Mental and Medical personal.

The complication on the Commissioner's liability is as of March 8, 2005, I have filed a civil action seeking monetary damages and preliminary injunctive relief in the form of immediate release from unlawful confinement in an institution not authorized under my sentence structure to house me. (MICV 2005-00696, middlesex Courthouse Cambridge). I have yet to serve the Commissioner cause a friend at home has agreed to type my complaint for me and she has other responsibilities. This complaint complicates my arguments in this complaint for in order for the Commissioner to be liable, for the abuse I am alleging, it has to be determined that my transfer to Walpole and S.B.C.C. was and is unlawful (and therefore the Commissioner's action in unlawfully transfering me to these institutions was the "proximate cause" of the abuse I am alleging I suffered). My transfers were the "original cause" of the abuses I suffered.

Housing a reformatory inmate with offender's sentenced to be merely kept in a cell until they die is cruel and unusual and the Commissioner cannot claim he/she was not aware that I

3.

was not serving a state prison Walpole sentence for my inmate sentence sheet has my sentence stated as being "reformatory" and my inmate number is distinct from a Walpole inmates number. My number is "C" 51664, an example of a Walpole inmates number is "W" 51664. All reformatory inmate number's begin with the letter "C" and all state inmate number's begin with "W". Commissioner Maloney was the Commissioner who transfered me to Walpole. He served as the Superintendant of Walpole at one point in his career. He cannot claim he did not know I was serving a reformatory sentence. This transfer violated my due process protection rights to first be sentenced to Walpole by a court before the executive branch can house me there. The executive branch infrindged upon the powers of the judicial branch in violation of art. 30 of our Declaration of Rights and also violated the Equal Protection Clause where I had a protected right to be housed at a reformatory institution and receive the reformative influences that the reformatory provides and the state prison does not provide reformative influences to rehabilitate state sentenced inmates.

   If liability can be imposed upon officials who were personally involved in violating a Constitutionally protected right then the Commissioner's action of housing me at Walpole and S.B.C.C., is the proximate cause of all the abuse I suffered at these two institutions and therefore the Commissioner should be held liable for the abuses I suffered by staff member's and inmates

4.

therein. With discovery I can establish that the Commissioner's action was retaliatory for exercising my first amendment rights with staff of the Department of Correction and the Commissioner's office by seeking explanations about my reformatory sentence structure and seeking answer's to complaints I had about how my reformatory sentence structure. I can prove that Commissioner Maloney knew about the differences of the reformatory sentence and the state prison sentence and sent me to Walpole to purposely have me harmed to keep a bigger cover-up quiet. I can proove that the Commissioner's action's were done with deliberate indifference by my letters to him and letter's to the Superintendant at Walpole and my prison mental health folder has plenty of references to my concern about the Commissioner being deliberately indifferent toward me because of my research of the reformatory sentence structure and the state prison sentence structure. I was even diagnosed as paranoid merely because I claimed to Mental Health that the Commissioner was knowingly and unlawfully holding me at Walpole to cause me some type of hardship.

a.    <u>Cambridge Court / Corruption / dismissed lawsuite's</u> : Complaint # 3.
      Judge Diane M. Kottmyer and Judge Wendie I. Gershengorn are the ones I refered to as being corrupt.

      First I will give my reasons concerning Judge Diane M. Kottmyer, ("J. Kottmyer"). The question of law was very simple. Does G.L.c. 127, s. 129 (1984ed), third sentence, authorize a maximum release date

on a restricted term of imprisonment to be the basis upon which deductions are made from? Well in April of 2003 I initiated an action under writ of habeas corpus and not until January 12, 2004, did J. Kottmyer make a ruling and she completely ignored the argument presented and answered it as if I was seeking G.L.c. 127, s. 129 credit for a restricted "single" term of imprisonment and not two sentences running concurrently. J. Kottmyer cited a case to support her ruling that was a "single restricted sentence". A ruling on the merits would cause numerous inmates to have there concurrent maximum release dates on truth -n- sentences reduced with credit from lesser concurrent sentences that were entitled to credits. I received J. Kottmyer's ruling post marked January 15, 2004 (The day I was forcefully transfered to Bridgewater State Hospital because of a lying report to Clinton District Judge Robert W. Gardner Jr.)

    Bridgewater State Hospital ("B.S.H.") cleared me and I gave them proof of the report being all lies cause of my legal work. The Department of Correction ("department") obviously were and are using there powers to cover-up that since 1994 they have been depriving inmates of early release for good conduct by taking a sentence entitled to good conduct credits and telling the inmate's that the credits cannot be deducted from there maximum release date cause there maximum release date is on a truth -n- sentence term of imprisonment, which is restricted from receiving G.L.c. 127, s. 129 (1984ed) credit cause the statute was repealed in July of 1994 (because of the truth -n- sentence law) and my case argument proove's that

the departments calculation method is wrong and J. Kottmyer did not want to be the one to open this door and neither did Judge Wendie I. Gershengorn so I sit suffering because of them. And there tatic's were sneaky like they were allowing my suffering to knowingly continue in hopes of my failure to get justice. Judge Diane M. Kottmyer adjudicated this claim in MICV 2002-01081. Judge Wendie I. Gershengorn adjudicated this claim in MICV 2004-02339 Both of these actions are pursuant to G.L.c. 248, s.1, writ of habeas corpus ad subjudiciendum. There is no claim preclusion for the claims filed therein these actions whether the court makes an order adjudicating the merits or not. I was only seeking immediate release for jail credits, earned good time credits, and statutory good conduct credits. I was denied justice because of my status as a convicted sex offender and an indigent prisoner, this is why I need a court appointed lawyer.

3.    <u>Prison Guards / Corruption / sabotaged cases</u> : Complaint # 3.

This could go on for a million pages so I will stick to how guards corrupted **my** court actions. These actions were dismissed by the court before I served the complaint and summons so there's no claim preclusions on the claims therein.

The case Judge Diane M. Kottmyer ever seen (MCIV 2002-01081) was infact sabotaged by the guards at Walpole but I had it re-instated cause I used a summons from another action but the guards at Walpole sabotaged several actions by intercepting the mail instructing me to serve the complaint and the mail that had the court summons and I did not pursue them cause I was

being abused in 10 Block and didn't know what to do anyways. I filed a complaint about the guards stealing my mail and sabotaging my actions and they sabotaged that one too. There all at home and I can proove they were sabotaged cause I kept notes and wrote to alot of different people and recorded everything.

4.     <u>Deliberate indifference</u> : Complaint # 4.

From 1884 to the early 1970's the department segregated the reformatory inmates apart from the state sentenced inmates. Even at M.C.I. at Concord (the Massachusetts reformatory from 1884 to 1972) the reformatory inmates were housed in single cells never sharing any movements at all with Walpole inmates housed in the Concord prison compound. In 1985 a concord sentenced inmate challenged his confinement at Walpole and the court ruled that he was not sentenced to the state prison at Walpole and therefore his confinement there was unlawful. <u>Brown v Commissioner of Correction</u>, 474 N.E.2d 1059, 394 Mass. 89 (1985). See also <u>Boiling v Manson</u>, 345 F. Supp. 48 (1972).

One fight with a Walpole Spanish 235 pound 6 feet 2 inch tall inmate compared to my perfect prison behavior record would not justify Commissioner Maloney modifying the 3-0 classification ruling to have me put in the most dangerous prison in the country.

Maloney had alot of corrupt buddies there and would use this power to silence me. The transfer to S.B.C.C. would have been severe enough and unlawful but he knew Walpole to be more dangerous and modified me there.

My legal research was reduced to a two hour visit once

8.

a week to the law library with atleast 10 other inmates with one copy machine to copy cases for research. At Gardner I could be at the law library 5 hours every day with copying being done atleast 5 days a week. Because of the Commissioner's intent to cover-up the reformatory mess-up he put me in Walpole.

Walpole did use pyschological methods on me to try and make me behave mentally unstable. There intent could only have been to secure a civil commitment. The department had me incarcerated for rape of a child under 16 (G.L.c. 265, s. 22A) and indecent assault and battery on a person 14 years or older. Inmates were given this paperwork stating this and the inmates had me pegged for someone who raped his own children (so they were willing to work with guards to pyschologically mess me up).

CO Joesph Dore told inmate Mario Cintron of these before-mentioned charges and paperwork from the parole Department was given to an inmate name Rueben and then shown to other inmates like Tony Jones who questioned me on it.

There's no doubt Commissioner Maloney used his guard friends to set me up at Walpole. I was conviently put on the top third teir of the one sided 3 level 45 cell unit. I was conviently put in the last cell on that third level teir with cells that have only bars and no walls and an inmate could grab you as you pass by each cell. I was conviently put beside a murdering gang member that had guards at his cell all the time, had a television even though he was on restriction for fighting, had his canteen and phone privileges despite a recent D-Report for a fight,

9.

he was allowed to put blankets up to block view in his cell for hours during the day, he got drugs from someone (cause he was on some kind of dope during certain days and offered me some saying they were like heroin) he had a razor shank (cause he wanted me to hold it). So the guards gave him special privileges to do favors, and I was only in my cell 5 minutes and he yells super skinner and it was during a period called "quiet time" when no talking amongst inmates is accepted by inmates and guards throughout the prison. The totality of all my claims shows I am not liked and it's only because of my legal abilities in researching the reformatory sentence structure and the state prison sentence and then this G.L. c. 127, s. 129 good time mess-up and a whole bunch of criminal activity by corrupt guards pretending to be decent human beings.

Expecting me to loose, prison guard Joesph Dore told Mario Cintron I raped children and Joesph Dore set it up so Mario had access to me on April 22, 2002, and Joesph Dore did take me and throw me ( grabbed me from behind) 15 feet into a cement wall that caused me to not be able to get my body to respond to my mind and stand up (as I had to watch Mario walking toward me to assault me again). Then more guards came in and instead of stopping Mario they allowed him to hold me in a bent position ( I was still trying to straighten up my body ) and with a guard on my backside and a guard on Mario's backside, Mario was allowed to throw 10 punches at my head while raising his arm way up in the air each punch.

10.

And even though Guard Joesph Dore witnessed Mario walk about 45 feet toward me, I stood 1 feet from Joesph Dore, and Joesph Dore saw Mario threw two punches. Mario was allowed to stay at the unit after the hospital visit and he was not sent to 10 Block and they moved me to another unit and put me into a cell that is subjected to 3 mechanical door's underneath it and these guards clicked and openned and shut these door's so much (cause it was suppose to make me go mad). Then they kept moving new inmates in the cell beside me cause they knew the banging and clicking was an aggravating experience. Then they had the inmates on my left and right harassing me with noises, then one of them tride to kill me on July 25, 2002. It just goes on and with things being done to me (cause that's how guards build cases against inmates that destroy there chances for Parole or transfer to a lower security and new charges for some inmates and how there made to behave) but Walpole has the D.S.U. so they put you in there and use inmates and guards to make you do lunatic stuff like they had me doing in 10 Block as they slammed my 2 inch solid steal door as hard as they could at 1:30 in the night, knowing they deprive me of sleep and I would act nutty woken up like this (then they give me a D-Report on how I responded to there abuse). So there SNEAKY AND CORRUPT!

Mike McDonald was the inmates name in cell 44 who initially tried to intimidate me saying "superskinner". Well in April Mike told me that 4 inmates (his boys) wanted to jump me. Well I

came out of my cell and sure enough there was 4 inmates out in-
front of cell 44. All of them were spanish and they conviently
were in cells 43, 42, 41, and 40. To help this spanish guy in
cell 44 get me the prison moved requested inmates all in a
row beside me and Mike, ( complaint # 5. ) in April of 2002.

Then the Parole Department coincidently ignored giving me
a release hearing from December of 2001 to June 28, 2002, and I
was entitled to see them at any month I requested and I
submitted a written request to be seen right away in November
of 2001. ( Part of a joint venture to allow me to respond crazily).

I was transfered to Walpole January 24, 2002, and when
the end of Febuary came I started to write and had people
call the Central Parole Office in Boston and say I demand to
see the board right away. I wrote letter's to the prison
Parole office (and they played head games by ignoring my
letters).

It's normal recreation for inmates and guards and staff to
play mind games with sex offenders but because my responses
were not what they expected they were building a case against
themselves and when I let them know this they did more to
broke me into there control. They did everything deliberately evil.

5.    Guards set me up to be murdered: complaint # 5.

At Walpole from April 22, 2002, until July 25, 2002, I was in cell
231, over the 3 banging doors, one door was the main entrance from
the common hall that lead into a secured erea with a door that
slides open and close, leading into the unit called the modular unit.

12.

Between the common hall door and the unit door was a door that lead to the control bubble for the guards. Between the two doors from the common hall to the unit was about 20 feet by 7 feet of empty space. My cell was above these electronical doors. The common hall door clicked open and depending on who shut it is how loud it makes a noise. The same with the door to the control bubble. The sliding door banged against my bed wall and it did so over 20 times in a half hour when they were aggravating me ( well trying to ). And I reported this to Judge Brasard at Cambridge court and the executive branch.

The guards put me beside Christophus Rodriguez. He had an argument with an inmate and went and got a weapon and ran into the inmates cell and killed him by stabbing him in the heart. Christophus was not doing a sentence while at Walpole, he was awaiting sentencing on this murder charge. The guards put me beside him so we would argue and he would kill me in the same manner (and he did re-enact everything he did to the last inmate except my death).

Christophus was rewarded by guards with praises after he sliced me up and everything in his cell in the modular unit was transfered to 10 Block to keep him comfortable. It took me a full weeks to get a change of underclothing.

Christophus declared all the guards were happy.

6    <u>Medical treatment of stab wounds</u> : complaint # 5.

I was taken to the hospital unit and my wounds were wiped

13.

and recorded and pictures were taken. **With** the same clothing and underclothing I was put in 10 Block and never seen again. I had to constantly ask for soap. I got no clean underclothing for atleast a full two weeks. I had to constantly request toilet paper. It took me over a month to get tooth paste. I was never given a comb and used my plastic fork to comb my full head of hair. I was seeing halucinations and fighting to keep control of my behavior in response to the totality of my situations. On top of this the prison would not give me a vegetarian religious meal and I could not drink milk or eat any kind of dairy products or any fisher or any meats, so I had to wash alot of pasta meals off in the sink from July 25, 2002, to around October of 2002 when I finally was given a vegetarian meal because I was lucky to have a decent Sargent on duty named CO Coach. None of the CO's were really evil like this place has but to me there ways were new and I was learning prison life at Walpole the hard way, but again the CO's at Walpole were pretty fair minded and there responses were controled and pretty calm but lets face it it's Walpole I should not have been there and they did not know this and it's not there job to help me.

7.     Throwing feces, fires, and foods and urines: complaint # 5.

        Inmates did do these things and the guards knew. No action was taken against these inmates cause the guards put them up to it and made them feel it was okay to torture Steven Auger.

        I was put in 10 Block after Christophus Rodriguez ran into my

14.

cell and sliced me up trying to kill me. I was hated so much that the hospital unit was to good for me and since the prison belongs to the guards and the guards were out to get me, cause of my sex offense charge, I was put in 10 Block.

The guards and inmates have a game they run on inmates not liked. They get the whole teir of 15 inmates to aggravate him and find the inmates weaknesses and move the targeted inmate from teir to teir using his weaknesses to brake him down until he goes off some how (in a way that is used to punish him more) like burn his cell, slice himself somehow, throw a substance on another inmate or staff member, spit on another inmate or staff member, refuse to eat, refuse his health medications, bang his walls, yell out racial names. These things are caused by psychological methods ocastrated by the guards using willing inmates and it's all for recreation, to make the guards jobs more exciting and it's excepted even by those being victimized (cause everyone gets a chance to get even that's what keeps the game going).

So these things were being done to me and I was suppose to retaliate and I did'nt so they kept pushing cause they needed to make me crack up, just to be the one who accomplished this. (There's rewards for inmates who make the target crack).

Gary Sampson was on the teir in 10 Block and even he harassed me and he told me that he was gonna kill me if I walked by his cell. I believe the cells began at cell 60 and at the end of the teir was cell 46. There was 4 teir's in

15.

10 Block. Gary Sampson was (I believe) in cell 57 and I was in cell 53 (in the middle of the teir). The inmates in cell 55 (called "Cartoon") cell 54 (Gary Jackson) cell 52 (mike Beaz) and cell 50 (Mickael Matinez) and cell 48 (Mark Green) threatened to shower me with urine and feces if I passed by there cells and this would be done whether the guard was with me or not. Another inmate in cell 56 (                    ) also threatned to throw feces and urine at me. Well this was all new to me and since the guards did not like me I felt hopeless and thought of taking my life and I've never thought that before and I wrote to Patricia McCarthy the Chief Probation officer of Salam Superior Court and wrote some wacko stuff and that I was gonna kill myself. The guards and inmates methods made me wacko and I did'nt know what to do so I wrote alot of different people and reported my situation.

Mike in cell 52 and Cartoon in cell 55 and Mark in cell 48 showered out infront of my cell with there feces. Mike in cell 52 threw urine in my cell and pudding and lit a state shirt on fire and threw it out infront of my cell and Mike was allowed to bang my wall for days and he would announce it first then bang.

Guards controled the light in the cell and they allow inmates to yell your cell out to turn the high beam light on at 11 pm and it's just a big game. When you try to yell to to have the light turned off the inmates talk over you and

16.

it's all fun and games but to me it was all new and the
totality of my situations made it tough to bear gracefully
but I did not want to do anything that was wrong even
though these inmates were being allowed to brake rules. I felt
it was being done to provoke me so D Reports could be built
up against me and cause me to look dangerous and aggressive
and with my rape charge this would cause my claim's of not
being guilty to look like a lie. So I was desperately
trying not to respond to these negative things with a negative
thing.

   I witnessed other inmates respond to these methods by
setting there cells on fire, flooding there cells, cutting themselves,
throwing stuff at other inmates, spitting at guards.
   In the modular unit I was in (where they were using
the inmates on my left and right to harass me) they did the
same thing to John Ford and his cell neighbor and they made
them attack eachother. It's very simple for mentally unstable
minded illiterate gang minded inmates. keep them both from get-
ting a good nights sleep, have inmates telling eachone badness
against the other, get one to start harassing the other and use
inmates to keep stirring the pot, and the guards to keep the
inmates from sleeping (and they crack). This is how guards get
"two" unliked inmates at a time, and with sex offenders it works
out good cause if there both sex offenders then no charges can
be filed blaiming the inmates crime as being the reason for the
assault (so) thats (why) the guards are now befriending certain

17.

sex offenders in protective custody units.

Anyways I reported the fires, and feces to the Inner perimator security ("I.P.S.") and nothing was done so I felt more helpless. The guards did clean up the mess and question who did it and I outright told the guards that cells 55, 52, and 48 did it cause I felt these guards were buddies with them and these inmates are working with the guards and therefore they are in the criminal world "informers" (so) I had to reverse what they were hoping would happen, which is, since the feces and fire's were infront of my cell I would behave like criminals and keep my mouth shut and be punished for what they did.

8.    My attempted murder was covered up : Complaint # 5.

When Christophus Rodriguez tried to kill me on July 25, 2002, at Walpole he was awaiting a sentencing hearing for murdering a inmate "the same exact way" and he got a plea bargin in Febuary of 2003 cause the I.P.S. at Walpole refused to report this crime to the District Attorney as I requested.

The bottom line is Christophus knew to much and would talk so they decided to take us both out somehow and they started working on him up in 10 Block and he stabbed himself and I heard he may have set his cell on fire.

Someone edged him to assault me and got paranoid cause he lost the fight to me and he was scared of me and he was talking to his friend respectfully about me and he was talking just to much for them so they targeted him and he

cracked right away.

So the guards could not refer the attempted murder to the District Attorney (cause) Christophus was told by the guards that I was no good and they rewarded him after he sliced me and gave him respect.

There no justifiable excuse for not reporting an attempted murder (by an inmate awaiting attempted murder sentencing) to the District Attorney presecuting the case awaiting sentencing.

I reported to the courts and the prison that Christophus was harassing me and could it be stopt, before he tried to kill me, and since he was awaiting trial for murdering an inmate the prison should have moved me.

Also because the cell I was in is subjected to alot of mechanical banging ( cell 231, modular unit, Walpole ) I saw and heard that inmates do not stay in that cell for more than a couple of weeks. I was put in that cell April 22, 2002, and stabbed July 25, 2002, so there's more circumstantial proof that I was being targeted to be driven into behaving irrational.

9.  <u>Clean clothing in 10 Block</u>: complaint # 5.

I was put in 10 Block on July 25, 2002, with my bloody t-shirt and under wear and socks. Policy states within 5 days inmates put in 10 Block will recieve a change of underclothing. I signed for my clothes after being there atleast two weeks. Just another method to make an inmate scream and yell and behave irrational. I just want to clarify that it is documented when they finally gave me clean underclothing.

19.

10. <u>No shower for 3 months except one</u> : Complaint # 5.

Cells 55, 57, 54, 56, made sure I knew if I passed there cell they were gonna throw feces and urine at me and they let me know that there storing it up and saving it for me.

One morning they were all out in the recreation cages outside and I had some legal research that I needed to do and copies to be made and you have to leave your cell for legal research and copies. Well while I was in the sattlelight 10 Block law library the inmates returned to there cells from recreation.

Sure enough cell 56 threw a substance at me and also hit the guard. The guard was rushed for all kinds of hepatitus blood work, I was merely offered a shower, which I accepted cause I was already out. They made sure it was a cold shower and I had to comb my hair with a plastic fork cause they were claiming they had no combs for months. The guards closed the solid doors of the first cells and put me back in my cell and wanted me to move but I was to afraid of what challenges may await me (so) I told them I don't want to move (cause they gave me the option either I move or the kid in cell 56 moved) so they moved him, which was useless cause a couple of days later they moved Gary Sampson on the same teir as the inmate who threw the substance at me and then moved me on their teir in a forced move and Gary Sampson and the other kid from cell 56 were in the cells

20.

at the beginning of the teir (near the showers) and I was put in the last cell on the teir.

11.    Denial of Religious Vegetarian meal : complaint # 5.

To search for Gods reason's for my birth and life's meaning I immediately starting reading a Bible from the very beginning of the Bible, from the very beginning of this 47 months of my tour through a hell of the living dead.

When I finished reading my first Bible. I started again and I read only the Bible for this whole 47 months, no radio did I buy, nor a television, nor did I read any books except on the Biblical King David. I've read the Gideons Bible, the Good News Bible, the St. Joesph's Bible, the 1984 New World Jehovah Witness study Bible, the 1984 New World Holy Scriptures, the Glourious Quran Scriptures, the 1964 Book of Mormon. I've studied all these "word for word", letter for letter, including footnotes.

(At Walpole) I was studying the St. Joesph's Bible and I found a book called the Pilgrims way and it taught me to call on Jesus and during this time I all of a sudden no longer could desire any meats, fishes, or dairy products. This happened on my dads birthday April 29, in 2002. My dad had died a the jubilee year of 49.

I researched in the Bible and found that in Genesis 1:29 God gave mankind seed bearing plants for food, and in Genesis 1:30 he gave green plants to animals for food. I reasoned that God did not intend for us to eat animals and even the Lord God states in Genesis 2:18 that animals were created to help mankind, not for

21.

food.

I quickly made attempts to get a vegetarian meal and the guards could not help me and I talk to some inmates who had vegetarian meals and they said because of there religion status they got a vegetarian meal. I was made to think that because I was documented as being Catholic I could not receive a vegetarian diet under that religion.

I wrote to the Director of Treatment, Sherry Elliot before I knew this about vegetarians not being Catholic, and she denied me a meal cause I was Catholic.

After many letters grieving my hunger cause I could not eat ; eggs, pancakes, french Toast, yogurt, milk, macaroni and cheese, macaroni american chop suey style, hamburgers, chicken patties, chili beef and beans, meat burritos, chicken, chicken fiata's, pizza, ravioli's, hot dogs, beef stews, shaved steak, I was finally advised to change my religion to Seven Day Adventis or Muzlim. Well I agreed with the Seven Days of Creation and that is where it states in Genesis 1:29 to eat vegetational foods so I applied to change my religion using the proper forms and requested to receive a vegetarian diet. Sherry Elliot started to ignore me. My religion was changed but I was not receiving a vegetarian meal and the guards serving the food in my unit knew I was not eating the beforementioned foods and had no other source of foods. The Pastor knew and Mental Health Knew. My letters to Sherry Elliot were even sent to Mental Health cause she assumed my religious idea's would deem my mind as being irrational.

23.

I finally put in a law suite and the guards intercepted the mail from the court and my action was dismissed cause the serving process time ran out.

Then on July 25, 2002, I was moved to 10 Block and wrote to Sherry again and Mental Health said they would help me but did'nt and the Pastor did not help me and the guards in 10 Block did not help me and the case manager did not help me, so I had to wash off american chop suey meals and just make do with what I had. Then I started recieving yellow potatoes (and these were white potatoes made yellow by something) and I started getting some headache's.

I did attempt to eat chicken on two occassions but I could not desire it. The guards were starting to serve me grilled cheese meals (so I could not eat the bread) so I sort of broke and decided to do something that may have lead into getting me in trouble. I witnesses an inmate refuse to return his meal tray after chow and it coused him to speak with a Sargent or higher up and it seem to be effective with his situation but I was not so sure it would go that way with me but I was desperate.

Sargent Coach was on and ask me why I was holding my tray and I explained my situation and he was so understanding and I got my vegetarian meal the next day. And beside's having found a black 1 inch long, almost half inch wide into a point, peace of plastic in my stuffed cabbage vegetarian style meal, the rest of the food was always satisfying

23.

Oh and except when cold cuts were served and depending on what guard served they were given me cheese sandwiches and taking the vegetarian belogne out.

So around October I finally received a vegetarian meal and no thanks to Sherry Elliot and the pastor or mental health.

On the third teir they moved me to in 10 Block, CO Lonergan and other's on duty let inmate Anothony Jones in cell 11 and the inmate in cell 13 bang with cups on my wall for two days and two nights because I lost another attempt to get help from the Cambridge Court. I was in cell 12 and it was in January of 2003 (I think) that I had a court hearing infront of Judge Grant where I told him I do not belong in Walpole on a re-formatory sentence. I had a hearing by video.

On the way back to my cell from the video I was so in shock of the Judges behavior and the Department of Corrections overall behavior that I figured I am a dead man. I wrote everyone I could think of before this hearing. I tried everything I could think of. I sounded crazy to some people cause I was being psychologically altered and could not express what I should express to get help. I sounded nuts and could proove nuthing. I had alot of arguments with guards and inmates and now this judge treated me as if I was bothering him so on the way back to my cell fran the court video room, in shock, I said to the red haired CO and other CO " You guys are probally gonna kill me Now" (we were having a converstation and this came out

of me). The red haired CO said " No we don't kill you we torture you until you kill yourself then were suppose to save you " and he leaned down and into my direction when he said " and were suppose to save you." That night and the next day and night or maybe the next night (I mean the next day and night and day and night) cells 11 and 13 went to work on me and put music headphones on and banged my cell with plastic cups for two days and nights. ( Complaint # 5. page 3.) The guard Lonergan let these guys bang all night and did'nt do nuthing and this guard gave me two lying tickets that parole used to deny me a parole

1a.     <u>Chemicals in vent in 10 Block</u> : (Complaint # 5. page 3 )

        In cell 53 in 10 Block I had my 2 inch steal door closed and was experiencing some kind of chest pain which I felt I could only pray for to receive help (cause some things can't be shared with guards or they'll target it and chest pains was something they could cause me to have). It was a scary feeling and it eventually went away, had it gone on long I would have sought to call for help.

        I was forced to move to another teir (part of there cat and mouse game the guards and inmates play on certain in- mates until there controled and broken in to join in). They put me in cell 45, the last cell on the teir. I don't remember how long I was in cell 45 when I all of a sudden developed allergy symptoms. Cell 44 was empty, cell 43 was occupied. (I

went to Fort Benning Georgia for boot camp and experienced the gas chamber and the symptoms caused by the chemical). In cell #45 (10 Block) I began sneezing and my nose began running and my eyes were watering and itchy. The sneezing was causing migrans so I had to seek allergy pills (but I did not want them cause they made to sleepy and guards and inmates would not let me stay in a sleep). The symptoms did not go away so I began to search the cell to see if the symptoms are comming from within the cell. I check the air comming into the cell from the vent and I checked the vent that lead to the roof that was to take fresh air into the cell the other vent was heat. The lower vent caused me to have a strong allergic reaction. I blocked it up and washed all the walls and the 2nd cell over started having the same symptoms. I decided to get sample's and I did and mailed a sample to the cambridge court as an exhibit and I wrote about it.

The guards realized that I was not reacting to the chemical (for a week before another guard had a heart attack because of riot control chemicals) Well the guard was being my cell in an erea only the guards have access to for the plumbing and ventalation work. Someone was banging on the vent in an attempt to rise up the chemical and disperse it into my cell. Then they found out I blocked my vent and tried to get me to take off the blocking. A Captain told me.

I spoke to a maintance worker as they were working in cell #4 and I asked him if he could clean my exhaust vent (non mechanical vent) and he said the go behind and clean it with a vacum but he never did and told me he would He said his uncle was Al Capone?

13.    <u>Transfer from Walpole to S.B.C.C.</u>: Complaint #6

26.

Because of a ruling in the Haverty v Commissioner of Correction by the Supreme Judicial Court around January of 2003 (or December of 2002) certain Walpole inmates had to be seen by a classification Board and my being in 10 Block made it required that I be seen. They asked me why I was refusing to leave 10 Block and go into a unit in the maximum end population Walpole, I had been denying (refusing) to leave 10 Block since around September of 2002. I received two or three D-Reports for refusing to leave 10 Block. I told the prison I am not doing a state prison sentence I am doing a reformatory sentence and do not belong in Walpole with inmates sentenced to die in prison, Walpole is a battle ground and I would have to battle and if I belonged there then I would deal with it but these inmates there were gang banging, child minded leader seekers, and I am a tough smart person they would challenge, and I already beat 3 spanish inmates from November 2001 to July of 2002 and this was not me and Walpole is all about doing evil, and being an inmate in for a sex offense the guards, staff, and inmates would be out to see me loose (and they were) so I told them if you force me out into population then I have to go and you are responsible, but I will not volunteer and be responsible cause I know I am not suppose to be in Walpole. The class Board asked me where I would like to go, I told them I have to request to be transfered to the Massachusetts Reformatory cause I was sentenced there, The woman told me I could not request the massachusetts reformatory

27

cause as of 1994 Concord is no longer the Massachusetts Re-
formatory and there is no more reformatory, but I insisted they
put this request down in writing anyways.

The Board decided a new start at S.B.C.C. in the
general population (not protective custody or Security Measure
Unit) would be good for me.

Now it turns out that on January 17, 2003, my class-
ification report was received by the Commissioner. On Febuary
6, 2003, Maloney modified my 3-0 vote to S.B.C.C.(general
population) to the S.B.C.C. protective custody unit. Here's
the kicker this protective custody unit did not open until
Febuary 10, 2003, and Maloney classed me there on Febuary 6, 2003
and I claimed absolutely no enemies at S.B.C.C. and never
requested any protection and never had to be in protective
custody from 1983 (with over 6 years of prison time) and
I've been in some fights and tough situations during these
times and I've never requested protection, but Maloney opens
up this brand new unit (and there were already two units
for weaker inmates and the prison has atleast 5 security
measure units that could be used as a temporary protective
custody ) but Maloney wanted to isolate my reformatory
research so he put me with protective inmates that are
scared to death of inmates "and obey guards". There controled
inmates. There scared and I was a target. On the first
day I told the case worker who interviewed me "I have
no enemies". I should not have been allowed to be with

28.

inmates afraid of general population inmates like me, but I was happy to be out of 10 Block.

Maloney only had about 14 inmates in this unit of 62 cells and the inmates were all buddy buddy with the guards and made fun of sex offenders so I was like, what the hell are these inmates making fun of sex offenders when there Protective custody inmates hated by other inmates in general population ? It was just a big set up. They put tough inmates (inmates to fight me) cause they needed to control me. I was being harassed by alot of the inmates and humiliated but aslong as there hands stayed off me I knew what they were trying to do. Even Joe Druce who killed defrocked priest John Geoghan was feeling me out, ya see the inmates were told I raped two children and my father was a big gangster who got me out of trouble. The guards made me appear weak and weird so the inmates would harass me more easily and willingly, (and keep quiet if they saw guards doing something wrong to me).

When I first got here I was'nt being harassed in anyway. Then in April I was given a report from the records department that had my good conduct release date stated as September 19, 2003 (complaint # 7, pg. 5.).

I told the unit case manager ("Pam")that I had jail credits do to me and they would make me entitled to be released right away. I gave Pam my court dockets with the dates I was awaiting sentencing (cause I thought a mere call to the court

Would clarify this credit and cause my release). Pam came back with the report of my sentence dates and someone had drew a line through my September 19, 2003, good conduct release date and they subsequently must have went and erased it out of the computer. This in it's self was an illegally act because the good conduct statute only authorized the Commissioner to erase or authorize good conduct credit and it had a procedure to be followed to erase credit already granted.

It turns out that my explanation was so correct that it caused the records department to realize that for atleast 10 years they have been applying good conduct credits improperly with concurrent sentences (that have a term of imprisonment entitled to the monthly awardments of credits and a truth -n- sentence that did not receive monthly awardments of credits) cause the good conduct credit statute was repealed. But inmates that had a 10 year entitled sentence running concurrently loside a 20 year teuth n- sentence were getting the credits deducted from only the maximum date of the 10 year sentence and the statute commands that any credits must be deducted from the "maximum term" of concurrent sentences.

So now I had openned up door's for more liability for the Commissioner's office and with the reformatory issue and this my trouble's started to began again.

14.  Food poisoning : complaint # 6, page 3

My mom went to Jesus when I was 11 years old. I had

30.

two brother's 10 and 9, one brother 12, and one sister 15. We began to cook for ourselves early in life. In my 10 year relationship I cooked 98% of the time and I shopped and chose the foods to be cooked. I am picky about my foods and how they are cooked and by habit I am a critic on every food placed infront of me. When my food began to be contaminated I knew. In my unit the food is delivered three times a day and the staff and inmates in the kitchen know that this is a protective custody unit and in general the meals sent here are not equal with what you would get going to the cafataria in general population but you would have to become an inmate in protective custody to witness this truth. I received a vegetarian meal and only one tray came to this unit and it was being drugged and contaminated with fish oil and given written potatoes, pasta cooked to a glue (cause they cooked in warm water instead of rapid boiling water, they let it sit in the warm water which merely soften's the pasta and it forms into a paste). I was given dirty potatoes, potatoes that smelt like feces and "after" I informed this prison that at Walpole I received yellow potatoes this place gave me yellow potatoes the next day, for the first time. I was getting abdomanal cramps and passing blood and getting hemroids starting in May of 2003 (after my good conduct credit complaints were being reported). I did go to the doctor and report and greive my complaint. I even received a punishment for greiving my food issues. I began to get

31.

yellow pasta and because of my complaints about my vegetarian meal having cheese (where cheese was "added") I received more cheese and was even given pasta meals with cheese, and the unit received the same meal (minus cheese). They were starving me, not to make me die of hunger, but to become aggitated. They purposely gave me hard rice meals and they gave me yogurt three times a week as a breakfast (cause I complained when they were giving it to me one time a week). Up in the security measure unit from May 17, 2003, to June 23, 2003, (for a lieing D-Report that got dismissed) my food was being drugged with a drug that at first makes you tired and when you pass out they bang and you are awaken (but helplessly tired) so they bang you awake like 10 times in a row until your crazy mad and desperate to sleep it off. It was crazy and this is something they do regularly with inmates that participate with them against hated inmates. I was not suppose to be even in the Security unit on this lying ticket but because I had exchanged bad remark (for a bad remark made to me) to a guard, all the guards decided to give me the treatment. Finally in a lunatic rage I wrote to Commissioner Maloney and the Superintendant telling them I am being tortured by psycho guards and the next day I was returned to my unit. The guard who wrote that lying false ticket, Souza, also took my personal Bible I had from August

33.

2001 until he did something with it in June of 2003. The Bible was a St. Joesph Bible and every word and page was studied and the Bible was full of added pictures of the Devil and Jesus, and Jesus was put on a cover I made for it, and this guard Souza was mad cause his ticket was dismissed so he did something with it. Well this guard and the guard Nichols were my worst instigator's and the whole unit was locked in there cells from August 26, 2003 until around January 15, 2004, so the guards brought your food tray to your cell. Well I got another yellowish pasta meal. (It isn't yellow pasta it's a urine looking yellow when the pasta is cooled). Well I was hungry that night and ate everything in my tray. About a half hour after I ate I began to have abdomonal cramps after 10 minutes I tried puking. That calmed it for about a minute or two. The pains seemed to be traveling through my 24 feet of intestinal tubing and it hurt. The pain then was at my right side then the pain entered my back area and my back was killing me where my waist line was. Then the pain hurt with every breath and I asked for help. I told Souza it was an emergency enough problem for him to call it in as an emergency. A women finally came to my cell and she spent about 15 minutes being mad at me cause she was complaining I would not sit (Perfectly) still while she had this blood presure reader around my arm.

33.

I was calm and moaning with every release breath and she kept removing the blood pressure reader from my arm and telling me she needed to get my blood pressure and in a painful moan I pleaded that I was trying to stay still and I was'nt moving I was merely standing up cause she wanted me to sit back. I mean I was moaning with every breath and behaving as if I had to be understanding of this womans behavior instead of her being understanding of my pains. Then after 3 times of this women removing the blood pressure thing a lady with a wheel chair came and it turns out that the wheel chair was a broken one and it had no place to put my feet on and this lady is pushing me forward and my feet are being dragged under the wheel chair and every breath was making me moan in agony cause it hurt.

I get in the hospital unit and the lady who pushed me in the wheel chair told me to stop moaning in an angry hateful look and tone of voice. Another girl with a tatoe on her neck of an Angel was laughing at me with a Sergant (that first arrived at my unit from the emergency call). I was being asked questions and answered them all, then the Sergant who was laughing at me told me to sit still up on the medical bed. Then a Sergant and two luitenants and a couple of guards came into the medical room and started teasing

34.

me with jestures of me being weak. One Sargent was on the
phone one foot from me saying to the person," no nuthing important
are you bothering me" and looking at me laughing. One guard
with tatoo's of little devils on his kneck asked me my
inmate number and wrote it in the palm of his hand. The
Lutenant told me I should not be moaning cause I had
a shamrock on my arm (a tatoo). (It turns out these
guards were all demoted and the Sargent on the phone was
fired for beating an inmate into looking like the elephant
man). Another Lutenant, the short one, said to everyone
that I was a "bug".

Finally (after I don't know how long) I was finally
given a needle that cleared my pains in about 7 minutes.
I still feel the pain every now and then. I believe they
purpusely let my kidney's be damaged cause my medical
reports say my mom died of kidney problems, so these
nuts poisoned me, then took there time and let my
kidney be damaged so they can deprive me of sleep,
feed me lousey, and keep me miserable so my immune
system would weaken and the damage would progress.

I was speaking with an inmate that I witnessed
pooring his prescribed nutrition drinks down the toilet bowl
so I was desperate for my health and scared for my
health so I made an agreement and was drinking his
nutrition drinks 4 times a day and I stopt eating alot
of my prison meals, (I have samples of poisoned food secured).

35.

Everything was fine for weeks but inmates report everything in this unit and one night CO Hall and a nurse gave Richard George an extra nutrition drink and he told me this. He told me they brought it to him after medication was already distributed and they already gave him his required amount. Well I drank this one alone and I received severe migrans that were powerfully madning. Knowing I was once again set up (and if I reported it I would get myself and Richard in trouble and nuthing would result from the poisoning part) I decided to once again try to defeat it. I began to drink alot of water then I induced vomitting and vomitted a yellow mocus. I then received some relief from the migran then I got asprins later and I was okay. I reported this to Richard George and never drank anotherone of his drinks ever again (even though I wanted to and other inmates were drinking them). Of course I never could report this but on or about August 20, 2004, I was up in the security measure unit for another lying ticket and I was on red alert and not eating my foods without testing it slowly. One night it was a rice meal with corn cake and CO Oliver and two other guards served me. I ate only a spoon full of everything except the meat and I got the same migran headaches as the nutrion drink gave me. There was no sense in complaining cause I've seen them torture inmates more when they were going nuts and these headache's were so severe that if

36.

they banged or got the inmates to bang I may have lost my control, so I knew I could puke it up and get asparins. So I started crying to Jesus (cause the pain was so hurtful) and finally I puked and later I got some asparins.

It turns out that they also had me sleeping on a mattress that has been soaked with the oil that comes out of the sprinkler system, then dried. This mattress was extremely toxined and after a couple of night my every taste and breath was this toxin. My clothes and my sheets, my blanket, were all this smell, and I felt I'm going crazy I gotta get this taste out of my mouth and none of the guards would give me soap. I had to hold my meal tray and get the shift commander to get a bar of soap and I washed my sheets and clothes and the mattress and the next day I had to get this matress out of my cell. I decided to hold my tray and the Sargent would not change my matress and the guard said he has to follow orders, so finally a Luitenant told them to give me another matress.

After 10 days up in the security measure unit they finally gave me my clothing from my cell. It turns out that the guard Keizer who gave me the lying D-Report that put me in the security measure unit ("S,M,U,") took soaking wet clothing and put it in with my dry clothing and on top of my legal work. And the property

37.

Officer inventoried my property and logged my clothes and legal work as "damp". When I got it everything was dry and it was all moldy. There suppose to give me a change of clothing within 5 days (they took 8) and the clothes were unbearable. They smelt of mildew. I wrote to Superintendant Russo and my family called the commissioner and I.P.S. came and I showed them my mildew legal work and clothes. I put in for some new underclothes and asked Superintendant Russo to help me around August 26, 2004. I finally received only 2 pairs of under clothing around October I've only had these 2 pairs of sox underwear and t-shirts since then and I requested 3 and they knew I only had one set.

15.  <u>Had to stop getting vegetarian meal</u>: complaint # 6, page 3

I was beginning to get normal headahes from somewhere and one day the headache's were so bad and guard musnic and Olivera were on and there evil corrupt guards that bang my cell alot when there own.

I was going nutty cause I was scared I was going to go nutty and I decided I gotta go somewhere safe from banging but I did'nt know how or where so I thought of Mental Health and going on a mental health watch so they could be watched and I could be watched and they would not be able to bang and I could get rid of the headache and get under control. I've never been on a Mental Health watch in my years of incarceration and expected a serene room that was quiet with caring people that gave

38.

you some sympathy.

Guard Musnic and Olivera have abused me with banging in the past and together they were unmerciful.

Because I've never called mental health in an emergency situation I thought I could only get to see them and be put on mental health watch only if I claimed I felt suicidal. Well expecting to go up to mental health watch I took a shower then went up to Musnic and told her I feel like committing suicide cause of the banging you and Olivera are doing and I want to be put on mental health watch.

The mental health worker Dawn came down and I explained to her that these guards have been targeting me with banging but I have a headache so I'm scared the bangs are gonna make me go nuts and I need to get away from these guards just to get rid of my headache.

Dawn said " your just looking for a good nights sleep" and I was relieved that she understand.

Well I get up to the area in the hospital of the prison where they have the mental health watch cells and the guard made me strip and then he gave me this heavey duty one peace thing that look like a short skirted dress. It had velcro on the shelders and velcro down the middle, that could be concidered the front or back. I made it the front. This thing only went down to my knee's and then they put me in this cell with a plastic mattress and no sheets and no pillow. The cell had a camera in it and the bright light

39.

never went out.

So I saw Dawn and said, "what is going on here I did not plan on being naked and put in a room with this light on all the time, you said I would get a good nights sleep?" Still dreading the banging I was stuck in a very bad situation. I complained of no blanket and no pillow and sheets and because of Dawn the guards gave me a 5 feet by 5 feet thick sheet and that's it. They made me walk around my cell with no socks or shoes and it was the hospital unit where they could have given me some hospital slippers.

I needed a nights sleep and had to tuff it out. I ended up being kept up there for like 3 nights and it was like hell. I had to eat rice and pasta and beans with savce (with my fingers). The guards were stationed right infront of my cell and they were always loud. They allowed two inmates to put stripping chemicals on the ground at my door and they did this on purpose. It stunk my whole cell with the toxic smell and when I complained the inmates were allowed to harass me about being a protective custody inmate. They could claim they were stripping the whole hospital floor but this inmate had a chair he was sitting on infront of my cell and he was taking his scraper and purposely banging the metal to aggravate me. I am a painter and I have used stripper many times and used scrapers 8 hrs a day. This kid was banging my door purposely.

Then I was being denied my vegetarian meal and given a different meal and these psycho's drugged my pizza

40.

and thank God they did'nt know I took the cheese off cause I was medicated and I had to lay still under these sheet and as I lay helplessly drugged guards were making all kinds of noises and laughing.

Then in the morning the psycho's slammed the mechanism's of the door control panels some how and I was awoken out of a deep sleep and after a couple of seconds I experienced migrans and an uncontrolle rage and I got up and started calling the guards animals and torture's and I started crying over my situation and how evil these guards were and I just started praying to Jesus to send me some help.

The shift commander, (a Luitenant and another guard) came and I told him they banged me awake and he told them to shut my light off. I stopt eating my foods they gave me and begged mental health to let me go back to my cell in my regular unit.

My first meal back at the unit I told the unit guards that I have not been given a vegetarian meal in over 12 meals and I no longer want them. CO Nichols logged into the computer that I no longer wanted a vegetarian meal and CO Hall told me it would be awhile for my name to be taken off the signing sheet that we signed for each meal three times a day. I kept signing that I refuse the vegetarian meal, I did this for about 3 days straight. I also wrote Mental health and told them the real reason why I was not getting my vegetarian meal " cause the guards were doping

41.

my foods and serving me foods I cannot eat."

About 7 days later, or maybe longer, I get this letter from the corrupt Mike Rodriguez. He tells me he is taking my vegetarian meal away from me for 60 days cause erea video cought me taking another meal tray. I wrote him (and explained everything I just wrote) to him and asked him to remove that letter from my 6 part file saying I was stealing other meal trays and Mike ignored me. These people got me down as suicidal and made it look "they had to put me" on mental health watch and now I'm stealing meals.

So because of what they were doing to my foods I had to stop getting a vegetarian meal but I have never been a non vegetarian and I am still a vegetarian.

16. <u>Using lies to secure a court order to Bridgewater</u>: Complaint #6. p. 3

I met Dr. Marianne Smith MD., at Walpole. She called me to see her and told me that I am a problem at Walpole according to staff. I was in 10 Block after an inmate ran into my cell trying to kill me. I had been at Walpole approximately 6 months with one disciplinary report for refusing to move out of my unit (cause I told them I am not doing a Walpole sentence). So why this Dr. was telling me I was a problem made me walk out on her visit.

Then I see her at S.B.C.C. Now I took two tests at Walpole (after I saw her) and was cleared of having no signs of any mental illnessess, but I agreed to see mental health for someone to socialize with other than these inmates who

42.

have already formed an opinion that I raped children.

For months after May of 2003 I started telling mental health that my food is being contaminated and the guards are putting there flash light beam in my eyes during there half hour rounds from 3 30 in the afternoon until 6 30 am and the guards were mechanically banging my cell.

Well mental health did nothing to help me at all. Then in January of 2004 (after many serious abuses reported by me to them about guards abusing me) this Dr. drafts up a lying report and gets a judge to order me committed to the Bridgewater State Hospital for observation pursuant to G.L.c. 123, § 18 (a).

These are the lies:

A. I have a schizoaffective disorder
B. I refused medications for over 1 year
C. I deny I have a mental illness
D. I have psychotic behavior such as delusions, paranoia, and grandiose.
E. In recent weeks before this court request I am behaving "very disruptive" talks incessantly, loudly and almost 24 hrs a day. I keep other inmates awake at night cause "I" bang on my walls and my bed and I yell religious delusional statements.
F. I am receiving disciplinary reports because of my behavior's.
G. I have poor judgement
H. I am manic and psychotic
I. I am intrusive and provocative with other inmates
J. I am a risk to hurt another inmate
K. I cannot be safely managed in a prison setting.

Not one of these statements Dr. Smith made to the judge can be supported or substantiated. I greived this and received a response.

First of all "E" through "K" had to be supported by someone

43.

who has access to my disciplinary record files and has access to observe me in my unit, so I am assuming a guard or guards may have been consulted. It appears that the Dr. is under these guards influence, for her own observations of me did not give her these things to write about me. I will clarify that this Dr. lied:

A. I have schizoaffective disorder:

Well I've been doing this prison sentence since October 9, 1985 and from July of 1986 to Febuary of 1998 I was on parole release and seeing a counselor for substance abuse for that whole time period as part of my parole contract. I've never been told I have any disorder's. I've seen other counselors and never been told I have any disorder's.

From Febuary 1998 to May of 1999 I was back on a parole violation for a mere anonymous phone call and I seen 4 MD's in psychology. I seen atleast 10 mental health workers and in my release paperwork it stated to list any disorders I have and General anxiety was the only thing that all these people could come up with after 15 months of seeing them.

From May of 2001 to March of 2002 I was being seen 2 times a month by a mental health worker and 1 time a month by a M.D. and I was not diagnosed with any disorders. In August of 2002 my mental health worker did find a prison experience I shared with her to be to bizarre for her and wrote that I am paranoid and if being scared is paranoid then that was me cause I was infact abused.

Then I was diagnosed as paranoid again in April of

44.

2002, after I was assaulted at Walpole on April 22, 2002, and because I complained I was not suppose to be housed at the Walpole prison and I complained of being treated indifferently by inmates and guards cause of my rape charge.

In March of 2003 my mental health worker told me (with a scale of 2½ feet called paranoia) I am only at the beginning. Dr. Smith never told me I had any disorders and she even ordered blood tests done when I complained my food was being drugged and they did take blood from her request yet I have never been told the results.

Then at Bridgewater State Hospt. ("B.S.H.") from January 15, 2004, to Febuary 24, 2004, they found absolutely nuthing wrong with me and recommended no medications at all, not even sleeping pills.

    B.  <u>I refused medications for over a year</u>:

The truth is I was diagnosed by my General care phycian at Mass. General Hospt. at Boston, with Obessive compulsive disorder in June of 1999 and I was on a drug called paxil that speeds up the thought process. Well I was on paxil from June of 1999 until about March of 2002 when I was at Walpole and told them I no longer need it cause I am seeing parole and should be released and it was causing me alot of acne (so "I" stopt it) and they kept on refusing to put me back on it after I did not get released on parole and instead wanted to put me on these three different drugs under a mis diagnoses of what they

45.

thought was wrong with me ( for whatever they were thinking of me). So I refused these medications but cooperated and did 2 psychological tests that showed they were wrong, yet Dr. Smith was still trying to get me to take these drugs and she would not give me my paxil back.

Now all of a sudden a new person becomes my mental health worker and after I put in this greivance against Dr. Smith she finally was willing to give me prozak as an alternative to paxil cause they don't supply paxil she said. And the result is I feel 100% better than I have in years.

I knew they were forcing drugs on me that were wrong and I don't like drugs and even though I have done some drugs I don't do drugs regularly and do not do drugs daily. This prosak is helping me with my worried mind about the totality of my problems and I have alot more than I am writing and it takes the edge off my desire to solve all my problems.

    c. <u>I deny I have a mental illness</u> :

On Smith is nuts, I don't know what else to say to this. I mean I told her I have obsessive compulsive disorder when I first spoke to these people and I was given medication (then my war with the guards started) and boom all of a sudden she thinks I had a mental illness and I tried to tell her, no this is real I am at war with the Department of Corrections and yes there are certain guards and inmates that are targeting me. Moreover we never ever discussed any mental

disorder. We had very useless meetings. I told her I was being abused, she listened then told me when my hour was up and sent me back to be abused more.

D.     I have psychotic behavior :

My mental health records will reflect that my complaints all had merit but because Dr. Smith did'nt want to admit to herself I was being abused she camoflauged everything in her mind but the Dr's and staff at B.S.H. told me I am not delusional at all and anyone can be paranoid ( human terms "scared") of a situation they have to face in life and since the Dr was useless to me I probally appeared grandiose to her cause I had to keep positive and seeing her do nuthing for me made me feel in awe and I did not know how to respond to her negative reactions to my complaints about guards abusing me and my not suppose to be in this prison on a reformatory sentence. I was suffering and these people at mental health refused to help me.

I have taken 3 psychological tests and I have spoken to approximately 9 M.D.'s during my incarceration and atleast 14 mental health workers and I have never been thought of as delusional or grandiose and this parancia diagnose is merely an escape for them.

These diagnoses are unsubstantiated and B.S.H. agreed that these diagnoses are unsubstantiated.

E.     I behaved very disruptive, talked incessantly, loudly and almost 24 hr's a day. I kept other inmates awake banging on my walls and bed and yelled delusional religious

47.

<u>statements.</u>

Well B.S.H. had me in a camera viewed cell my first night there in an erea of the hospt. where inmates behave like she (Dr. Smith) described I behave and they had a loud inmate and it was my first night sleeping on a mattress with two itchy wool blankets with no sheets or pillows and the light on all night long and I slept better than I had in months cause no guard was comming by my cell every half hour flashing his light in my face (eyes) disrupting my sleep.

This report made B.S.H. to nervous to put me in a regular unit that night.

Then for 10 days I was in a cell on camera again (and I did not know they wrote all these lies about me) so I could change and fool them or something. I slept great those 10 days.

I had no problems with inmates at S.B.C.C. except some did not like my rape charges and harassed me about Satan and Jesus. Only one inmate harassed me about Jesus and he was a Satan worshipper, but we did not have any hate between us, atleast I did not hate him.

Dr. Smith's alligations are unsubstantiated. You cannot bang your bed or walls without getting a disciplinary report or being made to see a mental health worker.

I never yelled out anything at all accept when someone was talking to me.

F.    <u>I am receiving D-Reports because of my behavior.</u>

48.

Well according to the Dr. I was banging and yelling so I would assume I would receive a D-Report for these things but I have never received a D-Report at S.B.C.C. for banging or yelling. I have one D-Report for complaining about my vegetarian food being tampered with. I have one D-Report for using a razor as scissors and cutting some rags up. I had one ticket for arguing with a guard and one D-Report for wearing a blindfold. Two other D-Reports were dismissed where it was alleged that I was swearing at a guard. This aligation is unsubstantiated

G.  I have poor judgement:

I stayed on parole release from 1988 to 1998 with only 110 days of a return. I had one relationship. A son 5 years old and a new born son when I returned in 1998. I painted for 10 years. We had two cars that were completely paid for. We traveled to New Hampshire every weekend. I was a formen with 4 men under me. I have no clue what this Dr. is up to.

H.  I am manic and psychotic:

I have no clue what Dr. Smith based these findings on. I was being abused, not behaving manic and psychotic.

I.  I am intrusive and provocative with other inmates.

Well put I, J, and K together and you have an aggressive violent inmate and the Dr. cannot substantiate these lies either and on "K" I have been safely managed here for

for over one year so far (so) she was wrong about that too.

The bottom line is all the mental health worker's at S.B. C.C. were told I am being tortured and they let it go on.

17.    Homosexual Guards:

In a prison enviorment there's alot of unguarded talk amongst inmates and these closet gay guards take gay talk to their heart and never forget to get even.

Alot of homosexuals grow up hiding there thoughts and pretending to be something that they are not and they start to believe knowbody can tell there gay. Well this is the perfect job for a gay man or women and because I am not gay and have made gay remarks (not liked) the gay guards have used there positions to abuse me.

An inmate Brian Savage of South Boston was involved in murdering a homosexual man, his mother was in the Boston Herald pleading that Gov. Romney help him cause he was an inmate with a sickness and they had him in this prison up in S.M.U. and his health got worse cause these guards were 60% gay and staff is too. That was around August of 2003

Sgt Baroas controls the property room he is 100% gay even though he may be married (The guard in Concord who was having sex with inmate summers was married and gay). Sgt Baroas allows his inmate buddies to steal other inmates property and they stole mine on Aug. 19, 2004. They stole $10.00 worth of my food. Sgt Baroas destroyed my property with another guard Keizer. He let my property sit in with soaking wet clothes from August 19, 2004 to around August 29, 2004, and then lied to me and told me he would give me

new state clothing in a couple of days (cause I had only one pair of underclothing for myself). A month later he gave me only two new pairs of underclothing for six months time.

He charged me $8.50 to mail my personal Bible and my legal work home. He held it for 3 weeks and stole the Bible and who knows what else.

Sgt. Baroas got a chip on his shoulder and I am being abused because of it.

Then there's CO Dickhaut who said to me in a gay way "I have to strip you" up in S.M.U. when I was being processed into S.M.U. around July 2003 and after that, cause I told people what he said, he started abusing me with his 20 inch flashlight while he did night watch in this unit around September of 2003 and he harassed me by making mechanical bangs in my cell.

Then two CO's made me strip in the closet, out of camera view, when I was being released from S.M.U. I can't remember the date so I need discovery to locate my dates up in S.M.U., but it was my second visit to S.M.U. (I believe) cause I was camming out of S.M.U. again and two CO's were with me and I got to the closet and started to strip, figuring it was precedural, and they put there hands up and said, "wo wo what are you doing" and I said, "don't I have to strip"? and they said, "no you just came out of S.M.U., you don't need to strip" (or to be strip searched) so these other CO's just wanted a free show.

And security guard Nichols is in my unit from 3 to 11

51.

5 days a week and all the gay inmates worship him cause he's a gay person with power and he leaves them alone. I have 14 inmates I have to rec with, 3 of them may not be gay. There's approximately 26 inmates in this unit, 11 of them have never had there cells searched and searches are random, selected by a computer 3 shifts a day, two cells a shift, and there's 62 cells. These guard's are selective. There was a homosexual young looking spanish kid named Mike and all the gay inmates were pampering him. And what they do for eachother is they put on shows as they stand at eachother's door's and Nichols was infront of this kid Mike's cell door for about 15 minutes one time and then he gave Mike a Unit Job. Nichols was at alot of the gay inmates door's and they walk around there cells naked on his shift. Not anymore cause I exposed him, but all the inmates on the otherside (not all) were walking around half naked in there cells for these gay CO's.

So I call them weirdo's cause being gay is not a crime but hating non gay people and having no humane feelings for there pains is weird. These guard's lusted over my sufferings I explained herein these reports. They lusted for it and enjoyed it cause of there hate inside for themselves and what they have become and I brought out feelings that were oppressed by them during there life. There dangerous and cruel people. The Bible says gayness is a punishment.

The gay inmates are buddy buddy with these gay guards like Nichols, and there's three unit workers out of the 14 inmates

52.

I am housed with and Nichols approves who works in the unit, and there paying jobs and you get extra soap and extra toilet paper and extra food and extra time out of your cell and all 3 are gay and Nichols has used these gay inmates to harass me and there one big happy family abusing me. These guards teach them how to torture inmates as a team (so it looks like the victim is crazy and not the perpatrutor's).

18.  <u>Guards Torturing techniques</u> : Complaint # 6. pg. 4.

From the day I started this sentence on October 9, 1985 until around May of 2004 the Department and the Parole Department "thought" I was doing a 20 year sentence for rape of a child under 16 with force. Being in prison on any rape charge makes you a target for hate but there are excuses for some rape charges, like statutory rape when you grew up from an early age in a relationship and she's one year younger and bellow the age for consent, and angry drug addict lieing prostitutes, but there's no excuse for children being hurt in any way and child abusers and molestor's receive no sympathy from any staff or any inmates at prison's like Walpole and S.B.C.C.

I did not know my prison paperwork and my parole paperwork had me doing time for raping children with force. I assumed I was just receiving hate for my rape charge and I was not the one who raped the 17 year old girl, I was a victim to the rapist just like she was but she got raped litterally and I got raped of my freedom and my family and almost killed and raped myself.

At Walpole they have cells that all inmates know that

53.

whoever is put in this cell is either a rapist or child molestor. So there's no need for any guessing. The guards control everything. They use these sex offenders as a mother uses a pacifier for babies. Inmates are allowed to torture sex offenders but because of the civil right's hate crime law the guards and inmates at Walpole use psychological techniques to cause the sex offender to build a case against himself by making them get no rest and constantly sub-jecting them to harassing noises and propaganda. They even get the sex offender's to target other sex offenders by befriending one who claims his innocence. This method eliminates civil actions and gets two sex offender's at once.

The method is called the exhaustion method. They exhaust these targeted inmates and there already irrational minds (cause them to act out for relief) and the non-sex offender criminals (who befriend them) coach them to do things like set there cells on fire, cut there wrist's, stab another inmate, bang, swear, whatever comes to mind, throw their feces and urine, wipe it all over there bodies, refuse to eat. It's an excepted way of life at Walpole and the guards control everything. They control just how much these inmates are allowed to do things to you and it's not only inmates these guards sick these inmates on, it's staff too. There's a code of silence that if a staff member is doing something wrong, or inmate, then "something is done to them to" tell them to stop (and the more they resist the worse treatment they receive). And these rapist and child molestor's and gay inmates and gay guards don't have normal minds, so your suffering is

54.

there happiness.

To brake you the guards use non sex offenders to put fear into you to see how you respond. If your willing to do things to other sex offenders (cause your claiming your innocent and not a sex offender) then these non sex offender inmates make you feel like your accepted (while there planning to set you up).

The ringleader on my teir in Walpole was Mike McDonald and he offered me drugs, homebrew was offered to me and he once asked me to hold a shank for him. Once you do the drug or drink the homebrew they tell there guard connection and you get called for a urine and they see if your gonna tell on the other inmates that gave it to you. If you don't tell they don't concider you a stand up convict (your a sex offender so your always no good). It's just an evaluation on what they can use you to do. If you do tell then they right away stop befriending you and the guards hit you any way they can. They constantly shake your cell down, make sure your on every restriction, and your isolated. Then they may test you again and once you finally become the way they want then they just keep using you for there amusement.

For those sex offender's who are doomed for destruction everything gets more serious and were talking murder. One guard at Walpole pointed at me and told a rooky "he gets nothing". Because there methods to cause me hardship were not getting the results they were use to and they figured me for a double child molestor, they subjected me to everything

55.

they could think of getting away with.

At Walpole it's tough to target one inmate without causing other inmates hardship but I learned that in the modular unit they can target inmates unlike they can in the OU1 unit I was first in.

The modular unit is shaped in cells that make 4 rows of cells that form a square. There two levels. The bottom level has the control room, which views 3 rows of cells. I was in the cell stationed above the control room. There is 8 cells in a row. Cells 230, 231, 232 are above the unit door. I was in cell 231. The unit door slammed shut on my bed wall. (My cell was used to drive inmates crazy and the cell below me). The whole idea is to make the inmate loose control and the cell they put me in is subject to 3 doors banging below (and) they put an inmate on each side of you to add more noise and they work you until you go nuts, then they move you to 10 Block and do it all over again, then they move you to there detention modular unit and keep doing these things to you and they target your food and they brake you down mentally and they brake down your immune system and they destroy you naturally until you die.

I was in 10 Block from July 25, 2002, to Febuary 21, 2003, and a Sargent said to the inmate they had torturing my mind, Anthony Jones, " we'll see how he is in a couple of years". These guards are willing killing inmates from the inside out using food poisoning, sleep

56.

deprivation, and plenty of stress to weaken your immune system, and the inmates they use in 10 Block to help target and destroy you are already convicted murderer's and gang member's and rapist and child molestor's. It's all about control and punishment with these guards. If your a person who can make a helpless human being suffer then become a guard at Walpole or S.B.C.C. and you can get paid good money for it.

At S.B.C.C. the guards have computers to torture inmates. They can make the door controls move left and right, fast and slow, causing a banging noise each way. (without openning the door itself). I am not learned in electronic's but an inmate Richard George who lives in this unit, explained how they can make these banging noises without openning any door at all. They can even program things in the computer to happen as there away from the computer and these doors can also be controled from other parts of the prison.

Luitenant Gatewood was given pages 1 through 7 and then Sgt. Hammon received (for Lt. Gatewood) page 7. through 17 of 24 hrs a day diary of the bangs these psycho's were doing to me. They banged inside my cell atleast 500 times a day and that's "inside" my cell. I kept notes for over 1 month straight on these nuts. I recorded every bang, how loud it was, where it sounded from, what wall it hit, what noises accompanied it. I've got tones and tones of notes on these bangs and times and dates and what guards were doing them. These corrupt cowards are trying to tell me that these bangs are because there is a unit above us with 62 cells but because these guards are constantly being changed these new guards don't know that the

57.

old guards made no banging noises. From Febuary 21, 2003 to may of 2003 there was no banging noises in this unit at all. Right now there down to about 30 bangs a day in my cell cause there paranoid cause I'm telling everyone who will listen and the heat is on.

Because of these bangs I am telling on everyone of these guards for everything I can proove cause I told these guards to leave me alone and they wont stop.

When I first came to S.B.C.C. I was put on the second teir of this unit in cell 38. The first thing I was looking for was the inmate on my left and the inmate on my right to see if they would bang my walls in anyway at all. I did not wear earplugs until May of 2003 and I have been wearing them 24hrs a day since then because of these psycho guards.

The inmate in cell 39 was Bill and the inmate in cell 37 was Jimmy when I first moved in this unit. There was about 14 inmates in this unit designed for 62 inmates. Because I have Obsessive Compulsive disorder and was subjected to inmates in 10 Block making banging noises on my cell walls with there cups for 2 days and 2 nights straight and inmates and guards constantly making noises to harass me, I was immediately listening for banging from any source when I was in my cell (and it was quiet) Cells 37 and 39 had there own televisions I had nuthing so I had to listen to all noises (and there were no noises from the unit above our unit). I was seeing mental health and never reported any banging noises or other harassments by guards or inmates (and I would have).

One inmate, Bob Malloy, was here with me from Febuary 21,

58.

and we talked last week or so and he addmitted that he heard no banging noises during March and April of 2003 also. He's scared cause the guards had him beat up bad cause his crime involves children I guess, but he knows the guards are targeting me with these bangs and alot of the inmates in this unit would go against the guards if they were called to testify.

Because I have been regularly seeing mental health since 1998 (September) I have established a chronology of my complaints and a chronology of what these people wrote about how they felt about my complaints and I am positive that 2 of the M.D.'s quit the job at the Department of Correction cause they knew I was being messed with and they wanted no part in helping hurt me. Three mental health workers that spoke to me (enough to know I dont exaggerate at all or lie) quit working for this prison. One Mental health worker Joe told an inmate David Taylor that he is seeing alot of bad stuff and he don't want to see it anymore cause if he is called to testify in court he will have to tell the truth. Judy another mental health worker quit and me and her got along real good and Carolyn, a mental health worker, actually came to see me to tell me she's leaving this prison and she wanted to shake my hand before she left and tell me it was a pleasure to meet me and she respects what I am doing (against abusive guards) and she hopes she see's me on television some day. These three know inmates are being tortured into going crazy and they most likely know I am right that these guards are using the banging to drive inmates mad. mental health has all kinds of diaries on whats been done to me by these

59.

guards and with these notes I can establish names, dates, and times.

These guards are the top of the line paid assassins. One female guard told me that she could not believe that child molestors get three meals a day. Thats the general attitude with these guards so if your a person who was molested throughout your childhood and then became a molestor and come to jail prepare to be tortured for the rest of your adulthood too by psycho's who think it's okay for them to abuse people, until they get caught, then what they do don't seem so lawful anymore.

FLASHLIGHT TORTURE : I have being doing prison time since 1983. I did 31 days in 1983 in Billerica House of Correction. Then a couple of weeks in Salem jail in 1984. Then 6 months in Billerica in 1984. Then 1 month in Charles Street Jail in 1985. Then 1 month in Cambridge jail in 1985. Then 32 months in state prisons from 1985 to 1988. Then 110 days in state prison in 1992. Then 15 months in state prisons (Concord, Gardner, Shirley Medium, Norfolk) in 1998 and 1999 and only in Norfolk in 1999 and these past couple of years Have I experienced being purposely tortured with flashlights. These guards have had to regularly use 20 inch flashlights to try and brake me and they lusted over seeing me suffering under there methods. I have to sleep with my high beam light on to make these animals feel guilty about what there doing but these guards don't feel guilt. They make rounds every half hour and stick high powered beams directly in my face. They did this for over 7 months straight. They don't even need a flashlight 20 inches long or 12 inches long. There's 4 major standing counts to make sure the inmates are alive and the

60

rest of the rounds the guards make are merely to establish a body count. These using these half hour rounds and these high powered flashlights as a pretext to security saying they are required to see live breathing flesh each round. I never even seen a flashlight until it was used to abuse me in 1999. I never seen a flashlight in a guards hand before that.

If your light is off guards like Lopez and Dickhaut stand at your cell door window with the light beam shinning right on your face and they stay there and make motions for the camera (as if there having a hard time seeing live breathing flesh) but there light is always on the face to brake up the inmates sleep and this process makes you wake up nutty and your cell light gives you headaches. With me CO Nichols, Ayala and other's were targeting my face from 3:30 in the afternoon until 6 Am in the morning They would even bang before they got to my cell to get me to look at the door then point the flashlight right at me and move on so on camera it looks like there making normal rounds but psycho's like Nichols and other's were using the flashlight from 3:30 in the afternoon on and every half hour.

They had me covering my eyes and ears and I still have to do it cause these psycho's are trying to brake me into silence by torturing my peace and rest and it's effective and miserable and painful and madning and can turn you into a killer or a self mutilator or make you act out with banging and yelling but I've seen how these inmates respond to the guards and inmates torture methods and there response receives no relief.

61.

The guards and inmates involved feed off of the inmates irrational behavior and the inmates tell the inmate to behave in ways that cause some inmates to burn there cells or cut themselves. The guards take care of the inmates who help them torture inmates by letting them sleep and getting them jobs and slipping them drugs and just not shaking there cell down and not pushing the rules for cell decor on them. Letting them nap in the day and not purposely aggravating them. Telling the other guards to leave them alone. So the inmates have a choice of being a victim or help victimize other inmates. There's no in between, cause it's normal everyday activity for the guards to be torturing some inmate, so you as an inmate either join in or the guards become paranoid about you and you become a target until you join in or you become a permanent target for destruction like me.

19.     <u>Murdered inmates with guards help</u> : Complaint # 7, pg 5

Some psycho raped a girl and ordered me around and because I did not tell the truth and tell on him right away I made myself look like a willing participant. Guards knowingly harassed and helped inmates harass inmates Frank Duffy and inmate John Geoghan.

First I am going to detail Frank Duffies last months that lead up to him bleeding to death and having a heart attack cause of these guards and with the help of inmates.

I first observed Frank Duffy at Walpole in July of 2002, only from a distance observing him during his recreation time. Frank was in protective custody at Walpole and in July of 2002 Walpole's protective custody unit was also an orientation unit. About 16 cells out of about 50 cells were

used for protective custody inmates. For the time I was there Frank seemed to behave rational, he made some phone calls during recreation and he received canteen and had a television, so someone still loved him on the outside of prison.

Then I meet him up close in this S.B.C.C protective custody unit around April of 2003. Franks kneck and his wrist's were a mass of scar from him cutting himself. I believe the guards and inmates drove him to do things like that to himself cause I actually thought of slicing myself during the time at Walpole when they were targeting me. I was celled in the cell beside Frank Duffies cell and we spoke here and there. Franks forearms were open scars when I first noticed his scars. Frank did not bother guards or did he act in an irrational way during the time I knew him. He kept his cell spotless. Did not use swearing words and asked other's not to. He studied his Bible with other inmates and we had alittle agreement that I would bang on his wall in the A.M. to make sure he is awake and standing for the 6:30 AM Stand up count.

This gives me some help on determining when these guards started making these mechanical banging noises and while Frank lived next door to me there were no banging noises made at all cause Frank would have gone nuts easy. The only banging that concerned me at that time was Frank banging when he heard me snore. Then Frank moved and Roy Hunt moved next door and the guards were not banging then either. So I have a time frame for when the guards actually started making these bangs cause the guards in my unit were taught by other guards to make bangs without openning any doors.

63.

There was a time when I noticed a happy religious Frank who was exercising and trying to loose weight and teaching the Bible to other inmates. His scar openings had closed and he never showed signs of depression.

Then this homosexual civily committed suicidal inmate moved into the unit. He was trying to get the homosexual inmate Mike (that CO Nichols liked) to stand on his bed and strip so he could watch. I found this out from Mike and a week before I heard this this kid was up in Protestant service telling the pastor he has not done any homosexual things for 4 years thanks to Jesus. I don't remember this kids name but something happened with him and Frank and Frank was against homosexual behavior and swearing. Well it turned out that they put this kid beside me up in S.M.U. and he was trying to impress the other non protective custody inmates and started bragging about how the guards put him right beside Frank and gave him extra meal trays to harass him and Frank had a razor tucked in his fat (Frank weighed about 350, he was about 6ft tall). So they no Frank is a self mutilator and they don't run the metal detector over him to see if he has any razors on him? His whole neck was a mess of scar and his forearms both were just all one big scar from his hands all the way up to his joint. So he braggs how he made Frank go crazy and try to kill himself and how the guards paid him extra meal trays to do this. Now this kid himself has set himself on fire.

So I get returned to the regular protective custody unit

64.

and I then learned that Frank had bled so much they had to rush him to the hospital then to Bridgewater and he died because he lost to much blood and had a heart attack.

Then a new inmate came into the unit and moved beside me and we started talking and Frank Duffy came up and it turns out that this kid (Mike) was up in S.M.U. with Frank when he sliced himself up. So Frank had a razor in the Hospt. Unit and cuts up, then he gets moved to S.M.U. and he gets another razor and slices up again. These guards set these things up to happen. Mike was unfortunately laughing about the whole situation with Frank cutting himself. Now you can't have razor's at all in your cell up in S.M.U. and especially someone like Frank who they can cleary tell by looking at his scars that he cuts himself. Mike told me that inmates were calling Frank a skinner (rapist) and he was talked into killing him- self by inmates and the inmates got a razor that the guards had control of, and they made a string and got this razor over to Franks cell and they could here him cutting up and were edging him on and the guards were laughing with Mike and telling him about all the blood. The bottom line is the guards control the razors and Frank sliced up before he was moved to S.M.U. so was he hidding more razors, no the inmates got a razor to him in a secure area (and up here they make rounds every half hour) but in a security measure unit one inmate gets a hold of a razor and gives it to another in- mate so he can kill himself to relieve his suffering mind,

65.

cause the guards and inmates were torturing him. Frank had razors down here and he did not cut up at all the whole time he was here, but these guards get him in S.M.U. and they use there psychological methods to brake him mentally and his method for relief is to kill himself, and the guards no this, so they put him in S.M.U. and feed him to inmates willing to torture other inmates. Mike has been doing time since the 1970's. He's in for murder and he's not all there upstairs but he's not a trouble maker. The guards use these mentally disturbed inmates to do there dirty work and make them feel special and that brings us to Joe Druce and John Geoghan. The guards had John Geoghan sent here to make his every waking momment and sleeping moment miserable cause that's what they do in this unit to certain inmates, atleast when they first openned this unit.

Joe and John never had any problems but the guards were looking for some entertainment and they had Joe Druce up at the desk talking the previous weeks with Lonergan who was on the day John Geoghan was killed. Lonergan was obviously coaxing Joe to attack John Geoghan during these conversation's up at the guards desk. I noticed Joe's mental state was more aggressive and miserable after he came down from S.B.C.C. S.M.U. so they messed with him up there cause he killed a gay person and these guards are mostly gay. So Lonergan took advantage of Joe's mentally unstableness and talked him into attacking John Geoghan and Lonergan set everything up and it's obvious that the guard Kasperek, that was on with Lonergan, wanted out

of the Unit during this time. There's no way a guard closes a door without looking to see the inmate go into the cell and John Geoghans cell was 15 feet away from Lonergan and the computer that controls the doors. There nothing obstructing his view. The state police covered the whole crime up cause they know Lonergan was involved. As soon as John Geoghan stept into his cell Joe came up behind him and got him in the choke hold with socks tied together (so I was told). These people claimed Joe pegged the door so the guards could not get in and knowbody knew Geoghan was being killed until an inmate happened to walk by his cell and notice John being killed. There story is so pathetic but the investigation went no further to examine it for lies cause Mark Reilly is corrupt and cover's up for guards crimes.

There claiming Joe put a book in the top part of the cell door and a fingernail clipper in the bottom of the door to peg the door and keep guards out. Well according to cell number 3, Joe was waiting at his door for John to go into his cell and Joe had only the socks and no book. So with the departments story Joe would have had to go in behind John and then locate a book now the space that he allegably pegged is under a half inch in width so he would have to have had tride numerous pages of the book until he found the correct amount of pages that could fit in between that space and then he would have had to put the fingernail clipper in the door tracking, so lets say all this happened, well first of all Joe had to wate for the door to close and would have us believe that John

67.

did nothing at all or did not hear Joe, but where did Joe get the book, does erea video show him to have a book, and from the time the door closed to the time Joe finished pegging the door did John Geoghan not hear him or see him and yell for help, cause according to the investigation another inmate witnessed Joe in the cell (only cause he was walking by) and Lonergan never said he heard John yelling so they want everyone to believe John never yelled or heard Joe, and then Joe had to get John in the choke hold if thats really how it happened. Did John get choked with socks with a big knot in the middle to press into his breathing throat, well how did Joe get behind John without John yelling for help.

Now we go to the fake rescue attempt. According to an inmate Alex, CO Hall heard guards talking about Joe Druce holding John Geoghan by the kneck in a headlock and dragging him over to the cell window and said, "I got him I really got him", now that fits what I saw from cell 25. I saw guards taking turns looking in the cell window and I saw them laughing. I saw Kasperek standing about 10 feet out infront of the cell window and he was smiling at something and Lonergan was banging my cell as the rescue attempts were being made an my window was the first window that someone ordered a gaurd to block. The guard was told. I heard him being told and then saw him look over in my direction then walk over to my cell bypassing several other cells to block my window first. These guards had a crow bar and the one who had the crowbar yells out, "I hope he's okay!"

68.

Ya he hopes John Geoghan a convicted child molester is okay. No
he yelled that out cause it was a big joke to him and his buddies.
They allowed Joe time to kill John. My door was pegged and
the guards got into my cell without waking me up in 5 seconds
and they claimed they lost that video when I questioned how
they openned my pegged door but claimed they could not open
John Geoghan's pegged door. I was forced to Bridgewater the next
day as guards lied to a judge to get a court order to send
me to Bridgewater State Hospital (cause I know they helped
kill John Geoghan) and they sent the other witness from
cell 3 to Bridgewater also and the guards, including Kasperek,
have been torturing him for 9 months up in S.M.U. here
at S.B.C.C.

Then in the Mental health watch cell (I was put in when
these cowards were banging my mind into madness) had a carved image
of a man hanging with feces comming out of the man anus and a
grave stone was drawn and it said, John Geoghan though shall fondel no
more". The guards drew this cause there murderer's who think they are
above the law and can kill sex offender's.

The guards in this unit tortured sex offender Tom Tod and
for his first time in 12 years of incarceration he sliced up his fore-
arm to get these guards to leave him alone. These guards used psycho-
logical methods to torture his mind and he is a victim of childhood
molestation by his step father and he has no support from anyone
so the guards targeted him and drove him nuts and after so
many attempts to get help to get these guards to leave him

69.

alone and to get help from Dr. Smith the psychiatrist he sliced his wrists to get relief. A Luitenant at Walpole went into a cell in the medical unit and slept Tom so Tom notified Mass. Correctional legal services and his situation got worse cause that corrupt organization collects all the information from hurt inmates then abandons them. So the guards at Walpole set Tom Tod up to be beat up. Tom was in the Protective custody unit at Walpole and the guards let a non protective custody inmate out of his cell to attack Tom and 3 guards stood by and let Tom get beat up by this inmate and I witnessed the whole thing.

20.    <u>Unlawful restraint of reformatory inmates</u> : complaint # 7. pg. **5**

The bottom line is the department thinks G.L.c. 127, s. 97, can transfer an inmate sentenced pursuant to G.L.c. 279, ss 31-32, to Walpole and S.B.C.C. and ~~these other~~ institutions intended and implicated for those sentenced to the state prison at Walpole and they tried to murder me to cover it up and they threatened to murder my children and then they tortured me night and day for years to cause me to behave irrational so they can build a case against me and keep me under there evil wings and keep there crime secret.

The Supreme Judicial Court of Massachusetts already told the department in 1985 that they cannot transfer a reformatory inmate to Walpole . see <u>Brown v Commissioner of Correction</u>, 394 Mass 89, 94 ; 474 N.E.2d 1059 (1985). see also <u>Commonwealth v Dupree</u>, 16 Mass.App.Ct. 606, 453 N.E.2d 1071 ,1074-75 (1983).

They've been doing this since around 1978 so they had to hire psycho guards and pay them top dollar to assassinate law

70.

researcher's like me and befriend rapist's, child molester's, women killers and other criminals, to get there target.

21.     Commissioner allowing my suffering: Complaint # 7, pg 5

The Commissioner will not transfer me out of this prison to get me away from these corrupt guards. The Commissioner knows I am not sappose to be in this prison and that these guards are torturing corrupt murdering animals. These guards are targeting her and the Governor yet these psycho's are still allowed to torture me. Co Nichols and Oliver threatened that the Governor and the Commissioner are gonna be removed from office. The Commissioner makes the final classification decision and her disignee is speaking on her behalf and they won't transfer me to the Massachusetts reformatory, claiming that it don't exist so I suggested a pre release and even N.C.C.I, and they keep me here with these evil guards.

Commissioner is unlawfully restraining me: Complaint #7, pg. 5.

These people (like Carolyn Crocker and Mike Rodriguez) went into the computers and erased my G.L.c. 127, s. 129 (1984ed) credit from reducing my maximum release date of my concurrent sentences. My good conduct release date was May 3, 2004, but because these people stole my credits in April of 2003 I have had to learn the law to get them back and the Commissioner knows they unlawfully removed the credit cause only the Commissioner can authorize the removal or reinstatement of G.L. c. 127, s. 129 (1984ed) good conduct credit, and Maloney was the Commissioner at the time and he never gave me due process to go

71.

ahead an go into an inmates files and make his sentence longer. There people are incredable. I filed a grievance. I wrote Mike Rodriguez explain the laws and how he broke them and is holding me un-lawfully and the corrupt coward just ignore's me while these psycho guards torture my mind into misery, I wrote the Com-missioner in march of 2003 and nuthing was done. It turns out that the department realized that they have been mes-sing up with hundreds of inmates good-conduct release dates by not using the maximum release date of a truth -n- sentence to be the basis for which G.L. c. 127, s. 129 (1984ed) deductions are made for credit received from a concurrent sentence. The department thinks they don't have to deduct credit from the maximum release date of a truth -n- sentence cause the truth -n- sentence is a sentence that is not subject to receive the monthly awardments of G.L.c. 127, s. 129 credit cause in 1994 G.L.c. 127, s. 129 was repealed But those sentences before 1994 are entitled to credit and that credit can only be de-ducted from a single maximum release date whether it falls on a restricted sentence or not.

23.    Guard threatened to decapitate my children: motion for Counsel pg 5

The Commissioner and mark Reilly are keeping this also covered up. Someone put this guard Titus on me to harass me and he threatened me with cutting my kids heads off. There's no doubt that all these guards are tied in together with everything that has been done to me cause I only (well) this guard only knew me for 4 days total and I never did any-thing bad to him for him to threaten to kill my children.

73.

This guard Titus started working in this unit around January 12, 2004 when the judge of the Superior court Judge Kottmyer made her lying ruling that denied me the justice I presented to her. This guard started harassing me right away and he was on a mission.

His first night he woke me up and asked me about my blindfold. By this time my blindfold was 7 inches wide 17 inches long and 1 inch thick, made of wet newspaper. So seeing he was a new guard and not the usual nuts like Dickhaut and Lopez (who were used to seeing me wearing these types of blindfolds), I explained to him that other guards put there flash light in my eyes on purpose to wake me up so I wear this blindfold. He left with no problems and I continued to sleep on the floor, on my matress, with this blindfold on.

The next night he worked again and he woke me up around 1 o'clock (so from 11 he was on and made several rounds) but he waited until I was in a deep sleep so when he woke me up I would be disorientated and aggressive (so he thought). Well he told me he did not want me to wear the blindfold and I was like why? And he said if I did not remove it tonight he would come into my cell and remove it. So because these guards are psycho's I said are you telling me I can't wear a blindfold, cause you cannot tell me that I can not wear a blindfold and I have been wearing a blindfold for over a year (and he's the first guard to tell me not to wear it).

Well he left and I went back to sleep and I was

73.

woken up again (oh ya Titus told me he was going to have fun with me) by Titus and a Luitenant. The Luitenant told me I can wear a blind fold but not that one. Well I was nervous about this situation so I took that blindfold off and placed it under the bed and I took some of my green scrub shirts and (well one green scrub shirt) and rolled a laundry bag inside the shirt to give it thickness but keep it soft cause these guards flashlights went through these shirts. They could not get through the big blindfold so thats the real reasons they wanted me to take it off cause this guard Titus was gonna drive me mad with waking me with his flash light.

So when the Lt. and Titus left I removed (that) blindfold he told me not to wear cause they can not tell you not to wear a blindfold.

Well later I woke up and took my blindfold off and Titus and Sgt Palmer were already in my cell standing over me cause I was on the floor. Titus said something to the effect that he told me he would come in my cell and take the blindfold and I immediately defended myself by saying I took that blindfold off and I said this while handing him the blindfold I had on so he can see it, then I reached under the bed and pulled the other blindfold out and gave it to him. These guards woke me up and was in my cell. (They cant lie and say I was wearing all this stuff on my head and when I heard them comming I threw the big blindfold under the bed to hide my crime) but they lied and the ticket prevailed and the Commissioner agreed.

74.

They (5 guards) took my blindfolds and left and I put on another blindfold and went to sleep. The next day I get a D-Report. For numerous charges including "manufacturing a weapon" and I was found guilty! But before I was found guilty I drafted up a response to the D-Report and my family copied it and faxed it to this prison D-Office and the Commissioner got a copy. In that response I argued about how easily the guards got into my cell without waking me up (because they claimed my cell door was pegged by me) so I said well John Geoghan's door was sapposively pegged by Joe Druce and it took about 10 minutes and crow bars and alot of noise to finally get in my cell but according to a witness Wilfred Evicci they got in my cell in seconds. The next day I was force moved to the Bridgewater State hospital cause of guards lying reports to a Dr. that told these lies to a judge. This was January 15, 2004.

On Febuary 24, 2004, it was my first night back at S.B. C.C. from B.S.H. Sgt. Boroas the gay property Sgt. would not let me go into general population and mental health told me I can either go to the S.M.U. or back to this protective custody unit. I should have been allowed to go into general population cause I had no enemies I was claiming at all but they need me in this unit to keep there guards and inmates constantly torturing my mind. They shipt **me** to Bridgewater State hospital and put me in with non protective custody inmates. I shared a common erea with 30 inmates all night long and they even arainged to have the one inmate that beat me in a fight in 1985 there and he knew me

75.

but I did not know him. I told these people about Bobby Anderson so they set it up figuring he'd scare me or whatever they thought, but Bobby knew me and I have not seen him since November of 1985 and I was only 20 years old then. Bobby blew his cover one day but I don't think it's relevant. Anyways I'll tell what happened. I was called to the I.P.S. office over the loud speaker and I was walking by the showers that night and Bobby, who I never spoke to before, said "you got something to tell me" and I'm like no what do you mean, and he's like, "you got called to I.P.S.", and I explained what for, and he was like, "oh you'll make out fine with your situation." Then a week or so later some inmate tells me who he is.

     The bottom line is there was no reason to force me into a protective custody unit. Cause of something like this John Geoghan ended up being killed by someone that should not have been in a protective custody unit. They put me here to control the inmates and isolate me so they can torture me and keep the inmates quiet, cause there scared to death protective custody inmates.

     So on Febuary 24, 2004, I am forced back into this unit or to an isolation cell, and that night I slept with my cell light on and a light blindfold and I was woken up at some point and then woken up a second time so I just wanted to be left alone so I put picture's of Jesus and a picture of my 2 boys ages 7 and 11 under my door figuring whoever was on would feel some guilt and

76.

leave me alone cause I heard him banging on the glass window of my cell door to wake me up earlier. Well I heard another hard bang on the glass window and I looked up at the window and after focussing I recognized the picture of my 2 sons up on the glass of the window so I got up to get a closer look and my sons each had there heads perfectly covered with an added peace of paper and each peace of paper was taped to each head.

Well of course I could not respond to this psyche cause I would not have the big guard union corrupting people to cover me so I had to wate to get the phone and call the mother of my children and she called the prison and I.P.S. Hooper came down and had the pictures of Jesus and the picture of my son. I.P.S. asked me why I put the picture of my children on my cell door window and I told him what Titus did and these people have done nuthing to that psycho and they even had him serving my food in September of 2004, when they had me up in S.M.U. Oh but when I called the food directors (steve chomo) behavior in feeding me animal products "psychotic" I was punished, but nuthing happened to this guard Titus for threatening to hurt or kill two little children that did nuthing to him.

This concludes this part of my "show cause response." I will now start responding directly to Judge GEORGE A. O'TOOLE'S DISCUSSION starting at page 6, # III

77.

<u>Plaintiff's Complaint is subject to Dismissal</u>

A.   <u>Section 1997e Authorizes the Court to Dismiss An Action Without Requiring Exhaustion of Remedies.</u>

I can produce witnesses, such as my brother Richard John Auger, my friend Mrs. Jeanne Michelle Robertson, and evidence, such as my letters to my families and friends, letter's to the Prison Menta Health Department, letter's to Commissione Dennehy, letters to Mark Reilly Chief Investigator of the Department of Corrections, letters to the F.B.I. offices in Boston and Washington, letter's to Governor Mitt Romney, letter's to the Scott Harshbarger Committee on Correction Reform, letter's to John Ashcroft, letters to Thoma F. Reilly the Mass Attorney General, letters to Superintendent Edward Ficco, Lois Russo, Peter Allen, letter's to the Massachusetts Parole Dept., letter's to Mass. Correction Legal Services, letter's to President Bush, letter's to the Burau of Prison's in washington, letter's to several judges at the Cambridge Court, grievance's, request to staff grievances, informal grievances, verbal grievance's, that will disclose that letting your abuser's know you are going to tell on them allows them notice to stop you. The more I complained about my prison condition's the worse my prison condition's got. You may not receive retaliatory harassment if you file a grievance that is about something small but when you file a grievance about being assaulted or having your food messed with or being harassed by staff or inmates the guards are told and the inmates are told and you recieve worse treatment from everyone, and if you continue to pursue your grievance your prison conditions are made worse. At

Walpole in 10 Block they psychologically tortured me because I was a person who reported inmates and staff when I was harassed because I learned that inmates and staff were working as a team to report things I did and lied. I have D-Reports that were dismissed because the guards lied, and I have D-Reports that were lies but sustained by the D-Officer and the Superintendent and the Commissioner. D-Reports are not grieveable.

I've been doing this sentence since 1985 and never reported a grievance until 2002 or 2003, on my contaminated poisoned food issue and my sentence structure issues, such as transfer, placement, and rehabilitation, safety, and health.

Every issue presented in my complaint was presented to the executive branch in one form or another. They chose to ignore me on certain complaints rather than investigate there own staff when it's clear I established there guilt.

The bottom line is I was and am being psychologically tortured because of my complaints. My complaints about the banging and flashlights caused more banging and more harassment with stronger powered flashlights. Mark Reilly the Departments chief Investigator warned guards like Ayala that I was complaining about the banging and guard Langley has been abusing me even more since I made him known to be torturing me. More guards have joined in torturing me with banging.

In conclusion to the exhaustion requirement I exhausted my remedies and much much more to avoid filing a complaint in court, but these guards have alot of crimes there hiding and

79.

there unstable minded and wish my death. My complaints and grievance's, both verbal and in writing, have merely been used to improve the guard's torture techniques so that there methods are more camoflauged. I am now aware that since March of 2002 the staff mentioned herein has been deliberately using psychological exhaustion techniques on me to stop my complaints to outside organizations, and related Department of Correction organizations, about the reformatory sentence structure and unlawful transfer of reformatory inmates to institutions for housing state sentenced prisoner's (Walpole sentenced prisoner's). To Dismiss this action in it's entirety or any issue's raised in this action would be wrong for I can produce evidence showing that the Commissioner received complaints about my claims and ignored them and my situation got worse and worse and worse.

**B.**  <u>Plaintiff's complaint fails to comply with Fed. R. Civ. P. E(a)</u>

Although I behave and respond rational and logical to the constant banging in my cell as load, as a sledge hammer on a metal barrell. High powered flashlight beam in my eyes every half hour from 11pm to 6 am, that forces me to wear news paper fold a half inch thick wrapt inside a dungaree prison jacket with a folded scrub shirt and folded body towell also wrapt up inside the dungaree jacket secured to my head at night using 4 ft strings (3 of them), and I have to eat less food than other inmates, cause I am a vegetarian but cannot get a vegetarian diet meal cause it's contaminated by the guards control at the kitchen, and I am housed with 14 inmates whom maybe 3 are not homosexual but they are

never being released from prison, so not someone I can relate with to socialize with, and I have on two pairs of underclothing that makes me have to wash a pair atleast every other day cause the guards are using the state clothing to suffer me, and even though I have footwear torn and falling apart, and even though I am incarcerated beyond my good conduct release day, May 3, 2004, and even though I am unlawfully housed in a maximum security prison on a reformatory sentence and even though I was not guilty of the crime I am doing time for but a victim, and even though I have to talk and look at these guards knowing there torturing me and part of a conspiracy to hurt me, and even though I had a documented 5.5 grade average and have had to learn to read and write and study law and court procedure's and legal terms and statutes and everything else that the courts require, my complaint should not be dismissed because it needs to be more explanatory. As long as I am told what is needed to be provided to the court I will do my best to do so but I am learning. Lawyer's go to school for over 6 years and then have to learn more while experienced lawyers and District Attorney's and Judges give them situations that they must research to understand.

I hope my show cause response has been more informative to express my claims.


In response to footnote 3 on page 7 this court stated they would not consider the failure to receive good conduct credit time

in this civil action context.

The claim I present is the commissioner was personally involved with unlawfully removing G.L.c. 127, s. 129 (1984ed) good conduct credit already granted toward reducing my maximum release date and this act by the commissioner was done with deliberate indifference to cover-up a department mess-up with numerous inmates good conduct credit's. The commissioner's act was cruel and unusual and because the commissioner has the final say her action was the proximate cause of being unlawfully incarcerated from May 3, 2004, until this present day and the abuse I suffered by Carolyn Crocker, Mike Rodriguez, Steve Chome, guards Nichels, Langley, Oliver, Olivera, Musnic, Ayala, Keezier, Baroes, Hall, Roy and many other guards, was because of the commissioner deliberate act to allow my credits to be unlawfully removed without due process established for the removal of G.L.c. 127, s. 129 (1984ed) credit.

Although unlawfully housing me at Walpole prison and S.B.C.C. is the original cause of everything that I was subjected to therein those prisons, the commissioner Further action in June of 2003 of responding to a complaint about my sentence structure and good time credits and the abusive behavior by the guards makes it clear that this commissioner is personally liabil for her act materially contributed to the acts of the guards and classification officer's and the other's mentioned herein. The commissioner said these matter's would be investigated by Mark Reilly in her response to my complaints so it's not my fault she is not demanding

82.

to no from Mark Reilly whether a reformatory inmate should be or can be housed at S.B.C.C., or whether the procedure to remove my good conduct credit was denied me or whether guards can make banging noises from the computers. It is the Commissioner's responsibility to protect her interest after she is advised that a complaint is made. And the removal of G.L.c. 127. s. 129 (1984 ed) credit is only the Commissioner's interest and not Carolyn Crocker's or Mike Rodriguez's place to go into a prisoner's files and erase G.L.c. 127, s.129 credit from a prisoner maximum release date because they feel they should for whatever reason they assumed to believe to be logical. G.L.c. 127, s. 129, states in relevant part: the Commissioner of Correction... upon the recommendation and evidence submitted to them respectively, in writing by the principal officer, or officer in charge, SHALL decide what part, if any, of such good conduct deduction from sentence or sentences shall be forfeited.... My good conduct release date in March of 2003 was September 19, 2003. In April this credit was erased and not by the Commissioner and not done by due process. The Commissioner's office has known of this violation since April of 2003 and has decided to allow me to remain unlawfully incarcerated because they do not want to have to admit there wrong and correct numerous other inmates sentences similaraly being unlawfully calculated.

So I am not seeking the credit I am attacking the way they removed it. My writ of habeas corpus will get the credit back and get me released.

83.

C.    There is no vicarious liability of Commissioner Dennehy

Kathleen M. Dennehy, in her official capacity as Commissioner of Correction, became liable for the former Commissioner's actions done in his official capacity. See Mass. R. Civ. P. 25 (d)(1)(a).

The Commissioner's unlawful act of housing me at Cedar Junction at Walpole is the original cause that resulted in all the cruel and unusual treatment I received by guards and inmates

The Commissioner's unlawful act of housing me at the Super-maximum prison at Shirley ("S.B.C.C.") is the original cause of all the cruel and unusual treatment I received by guards and in-mates.

The Commissioner violated clearly established laws and Constitutional rights. (1.) The laws are cleary established that a sentence to the Massachusetts reformatory cannot be executed at the state prison or prison's designated for the overflow and housing of state sentenced prisoners. (2.) A court must sen-tence me to the state prison as due process requires. (3.) Art. 30 of our Declaration of Rights prohibits the executive branch to turn my reformatory sentence into a state prison sentence:

(1.) The laws are clearly established that a sentence to the Mass-achusetts reformatory cannot be executed at the state prison.

There is one state prison, Cedar Junction at Walpole (G.L. c. 125, s. 1 (o)). There are state correctional facilities (G.L. c. 125, s. 1 (n)). Out of these state correctional facilities Concord has been implicated by G.L. c. 279, ss. 31-33 as the Massachusetts

reformatory for men. The reformatory for women is a state correctional facility at Framingham. The Supreme Judicial Court of Massachusetts held that there is no inequality between men and women as to their liability to sentence to reformatories, under G.L. c. 279, ss 18, 31-33. Platt v Commonwealth, 152 N.E. 914, 256 Mass. 539 (1926). The Commissioner believes a sentence to the reformatory can be executed as a state prison sentence. This has not been the practice of the Department of Corrections, nor the courts, nor Legislature. see Moulten v Commonwealth, 215 Mass. 525, 527 (1913); Unsoeld v Unsoeld, 104 N.E. 462, 216 Mass. 594 (1914); Commonwealth v Hayes, 362 N.E.2d 905, 908, 372 Mass 505, 510 (1977); Commonwealth v Dupree, 453 N.E.2d 1071, 1074-1075, 16 Mass.App.Ct. 600, 606 (1983); Brown v Commissioner of Correction, 474 N.E.2d 1059, 1060, 394 Mass 89, 90 (1985); McGrath, Criminal law, Procedure, and Administration, 1955 Ann.Survey Mass.Law, s. 12.2, at 121--124 (sentence provisions) (discusses that the reformatory must be implicated out of the state correctional facilities, and those sentenced there are restricted to that institution implicated, and unlike the state prisoner's who are considered dangerous and violent and uncontrolable, those sentenced to the reformatory are the less confirmed more reformable type of offender); Bolling v Manson, 345 F.Supp. 48 (D. Conn. 1972) (reformatory inmates are reformed and rehabilitated).

There are clearly established emergency statute's that allow the Commissioner to temporarily transfer and house a reformatory inmate at the state prison, though this statute is

85.

in the 1984 edition of General Laws and I do not have access to those books from 1984. cf White v Gillman, 360 F. Supp. 64 ( S.D. Iowa 1973 )( emergency transfer).

Reformatory inmates were not transfered pursuant to G.L. c. 127, s. 97, which only authorizes a state prisoner to be transfered from the state prison to other state correctional facilities, (though up until 1978 those state prisoner's transfered to the massachusetts reformatory were segregated from reformatory inmates). Reformatory inmates were transfered pursuant to there own transfering statutes. see G.L. c. 120, ss. 15, 16, 19.

Now I wrote to the Commissioner when they transfered me to Walpole on January 24, 2002, and my note was pretty explicit and called him a murderer (cause he unlawfully is housing me at Walpole on a reformatory sentence) and the Commissioner chose to ignore my letter, but that did not stop me from complaining to the superintendent Peter Allen at Walpole, and Dale Bissonnette the unit team manager at Walpole, and Alison the unit case worker at Walpole, and the unit Quade officer at Walpole, and Mental Health at Walpole, and the Parole Department at Walpole, so the Commissioner was well aware of my sentence structure and well aware of the fact that I am serving a reformatory sentence and instead of taking me out of Walpole he let me stay, so the Commissioner's affirmative action was the original cause of everything I have suffered and am still suffering.

Commissioner Dennehy notified me by letter on June 22, 2004, that she received my letter dated March 13, 2004,

concerning my sentence structure, request for lower security placement, and alligations of staff harassment.

(a.) A court must sentence me to the state prison as due process require's.

The commonwealth had the option to seek conefinement in the state prison where I was under indictment at the Superior Court. The Commonwealth chose to sentence me to an alternative punishment to the Massachusetts reformatory rather than the state prison.

(3.) Art. 30 of our Declaration of Rights prohibits the executive branch to turn my reformatory sentence into a state prison sentence.

The Legislative branch determines the punishment for crimes, the judicial branch determines the degree of the crime as it pertains to each case and makes a determination according to the language of the legislature. The executive branch cannot increase the punishment given by the court, and the Commissioner's action in putting me in Walpole and S.B.C.C. is outside the scope of my sentence structure and this action endangered my life. The executive branch must obey the Legislature and judicial branches of Government. see Sheriff of Middlesex County v Commissioner of Correction, 421 N.E.2d 75, 78, 383 Mass 631, 635-636 (1981); In re Bonner, 14 S.Ct. 323, 151 U.S. 242, (U.S. Iowa 1894); Sheehan v Superintendent of Concord Reformatory, 150 N.E. 231, 254 Mass. 342 (1926); (Legislature is free to determine relative seriousness of different crimes, and relative need for deterance. M.G.L.A. Const. pt. 1, art. 26-30; U.S.C.A.

87.

Const. Amend. 8; 26 U.S.C.A. (I.R.C. 1954) ss 5801-5872, 5861(d)
cf. <u>Commonwealth v Jackson</u>, 344 N.E.2d 166,173, 369 Mass. 904, 915
(1976).

The Commissioner's act in unlawfully transfering and houseing me at Walpole and S.B.C.C. is the proximate cause of the conditions and situations I was subjected to and after I notified the Commissioner of the abuse I was suffering at these institution's the Commissioner became a joint venturer for covering up the criminal acts of the staff and inmates.

**D.**    <u>Plaintiff cannot re-litigate claims asserted in state court</u>

One claim that relates to the claims filed herein that I have in the state court, or that was adjudicated on the merits, was my G.L.c. 127, s. 129 (1984ed) good conduct credit claim which is being considered for direct appellate review by the Supreme Judicial Court of Massachusetts as of March 16, 2005, under docket No. DAR-14698. This claim was brought pursuant to G.L. 248, s.1, and the Appeals Court is only reviewing a judgement of the Superior Court to determine if G.L.c. 127, s.129 (1984ed) authorizes the maximum term of a restricted concurrent term of imprisonment to be the basis upon which deduction is made with credit received from a lesser concurrent sentence (that received good conduct credit) or does the credit merely reduce the maximum date of the lesser concurrent sentence?

Although a favorable ruling in my argument would allow me to seek monetary damages against those who I allege caused

my unlawful incarceration, the action being reviewed cannot present a question of law to the court outside the scope of a writ of habeas corpus action, which can only be applied to determine a person's lawful confinement and grant only immediate release or deny release. The great writ does not award damages or become a trial of those who may have been involved in depriving the petitioner his liberty.

Therefore any claims asserted in a writ of habeas corpus can be relitigated again in a civil action under 42 U.S.C. s. 1983 in the state courts or Federal courts. The respondent or opposing party may assert that the claim has been adjudicated.

I did mention that I filed several complaints but those complaints were never adjudicated on the merits, nor were they even served on any defendant, so knowone can claim I already asserted a claim for they never received my complaints, nor any summons, nor any tracking order. They don't even knew the complaint's existed. The fact that criminals cause mail to be stolen and a complaint is dismissed cannot be used to stop a person from re-litigating his complaints.

The corrupt officials I was refering to whe dismissed my claims with deliberate indifference was Judge Diane M. Kottmyer and Judge Wendie I. Gershengorn.

<u>Judge Diane M. Kottmyer</u>:   I filed a writ of habeas corpus pursuant to G.L.c. 248, s.1, seeking immediate release from an unlawful confinement claiming that with due jail credits, due G.L.c. 127, s. 129 (1984ed) good conducts credit's, due G.L.c. 127,

89.

s. 13d earned good time credit's, I am entitled to immediate re-
lease. Judge Diane M. Kottmyer denied my writ stating with all
the credit's I am seeking I would not be entitled to immediate
release and you have to be entitled to immediate release to be
allowed G.L.c. 248, s. 1, relief.  I filed my writ on April 6,
2003, by amending a cause of action to a writ (MICV 2002-
01081). Because it's a writ of habeas corpus pursuant to G.L.c. 248, s.
1, I could raise a hundred claims for relief and my petition
can be denied without a memorandum of law on each claim
and those claims can be raised again seperately in another
writ of habeas corpus or even a civil complaint. In MICV
2002-01081 Judge M. Kottmyer did deny my petition, but she made
a memorandum of law on Two of my claims and both of
her ruling's clearly establish that she was corrupted by the
department of corrections to make those rulings. One claim
was for jail credit pursuant to G.L. c. 279, s 33A. I established
that I was on probation with a suspended sentence. I violated
my probation terms. I was being held at the Cambridge jail
on the probation surrender. Judge Zobell ordered me from
the Cambridge Jail to be confined at a halfway house until
I complete the Halfway House Program and then I was to be
brought directly from the Halfway House back infront of Judge
Zobell and he would then decide to commit me on my probation
surrender or allow me to remain on probation or whatever
he would decide. Well Judge Kottmyer twisted my claim and
denied me credit claiming I was released from the jail and

90.

placed on probation (and I decided on my own) to enter into a Halfway House (and credit is not allowed for those who go into programs while on probation) and she cited a case of a person who was on probation, who went into a program and wanted his sentence to be credited with that time.

So I waited until the jail credits entitled me to immediate release and I filed for a reconsideration. (Criminal docket 1983-1137-1138 #45) and on March 8, 2005, Judge Lauriat refered my motion back to Judge Kottmyer for reconsideration, cause I clearly established by affidavit and memorandum that I was ordered confined to the Halfway House under a criminal process and I was awaiting sentencing and did get sentenced and this time at the Halfway House is within the scope of G.L.c. 279, s. 33A as jail credit. Last time Judge Kottmyer took 9 months to rule on my writ of habeas corpus so I am hoping this time she will redeem herself but it's already been 30 days, and the ruling is not complicated, except if she lets me out the department of corrections and guard union will most likely destroy her chances of climbing the corporate ladder.

Judge Kottmyer was also asked to rule on whether G.L.c. 127, s. 129 (1984 ed) authorizes a maximum release date of a restricted concurrent term of imprisonment to be the basis upon which deduction is determined for credit received from a lesser concurrent sentence. Because a ruling in my favor would cause the department of Corrections to have to recalculate numerous inmates sentences and open the door for lawsuits for those held beyond there correct good conduct release date's

91.

Judge Kottmyer twisted my claim and adjudicated (that a "single" sentence for rape) cannot receive good conduct credit. G.L. c. 127. s. 129 clearly states a method for calculating "concurrent" sentences. A Supreme Judicial Court ruling allowed sentences that can and cannot receive credit to be concidered together running concurrently or otherwise, yet Judge Kottmyer decided to not only deny me relief but manipulated her ruling to have it appear that I was seeking to be credited for a "rape sentence" (instead of having the credit I received reduce the "maximum release date" of all my sentences).

    Judge Wendie I. Gershengorn : Judge Wendie I. Gershengorn's corruptive behavior is even more clear. I filed my writ of habeas corpus in May of 2003 because the G.L. c. 127, s. 129 credit I was entitled to was enough credit (alone) to grant me an entitlement to be immediately released. My brother mailed my writ and $15.00 money order, which is what a state petition pursuant to G.L. c. 248, s. 1, is sappose to cost.

    The court took there sweet time and my family called and they told my brother he has to pay over $250.00 to file my writ. This in itself is a lie.

    I had to apply as an indigent person and finally on June 9, 2004, Judge Wendie I. Gershengorn allowed my petition to be filed and waived the over $250.00 cost.

    Then Judge Gershengorn gets the return on July 9, 2004, (28 days after the department received my petition) and they should have been ordered by the court to respond within 20 days, ( G.L. c. 248, ss 4, 10, 11), Mass. Const. Pt. 2. c. 6, art 7.

Then 12 days after the return was filed Judge Gershen-gorn sets a hearing date a month and a half away when she should have made a ruling (when she received the return) since the arguments only involved statute interpretation.

On August 24, 2004, my family and sons ages 7 and 11 are in the court room, cause I should have been released and Judge Gershengorn habeing me into court instead of holding a video hearing made it appear that she would be releasing me, for I used her ruling in another case as my argument.

Well talk about letting the cat out of the bag Judge Gershengorn comes into the court room and opens that this case involves a **"truth-n-sentence"**, which in my arguments it does not, but, to the department of correction it does (cause a favorable ruling would cause the department to have to recalculate 10 years of truth-n-sentences that have concurrent sentences that receive good conduct credit cause the department is not using the maximum release date of the truth-n-sentence as the basis which the deduction is determined and the statute commands them to ).

So not thinking anything corrupt about Judge Gershengorn's behavior I simply explained my case to her and the department declined to speak, resting on their return.

I then told Judge Gershengorn that the statute commands that any credit received pursuant to it must be deducted from a maximum release date of all the prisoner's sentences, and you ruled in <u>Sumpter In re</u>,

93.

704 N.E. 2d 1806, 46 Mass. App. Ct. 251 (1999) that a maximum release date can be reduced on a "restricted rape sentence" with credit received from another sentence running concurrently or otherwise. (reduced rape sentence 4 years cause it held maximum term).

Judge Wendie I. Gershengorn then put on a "I know nuthing look" and said that she don't remember the Sumpter case and her ruling (and my writ was under 6 pages and 2 of the pages only spoke on the Sumpter case) so at this time I felt I am being railroaded.

I then told Judge Gershengorn that guards are abusing me and told her how and she said she would mail these transcripts to Massachusetts Correctional Legal Services and to Scott Harshbarger and the Governors Committee on Correction Reform ( never heard from either one of them at all on this matter), nor did J. Gershengorn let me know she did this.

I then told Judge Gershengorn that I am serving a reformatory sentence and S.B.C.C. is another Walpole and my sentence cannot be executed at Walpole and I cited Commonwealth v Graham, 445 N.E.2d 1043, 1046 (1983) cause all sentences to the reformatory are pursuant to G.L.c. 279, ss. 31-33. Well she waisted no time sending me back to S.B.C.C. She did'nt even bother to hold me at the court to check my arguments and cases and the statute's.

Then Judge Gershengorn's actions again made her look guilty of corruption. On Febuary 1, 2004 I submitted a complaint to the District Court of Massachusetts with

Statements from my inmate account for the previous past six months. The previous past 2 months I received no money from family and I had 32¢ in my account. The court declared me indigent on March 24, 2005. On March 8, 2005 Judge Hines declared me indigent and waived filing fees for MICV 2005-00696 using the same 6 month statements. On March 10, 2005, using the same six month statements, with only 32¢ in my account and notice that I have not received money from family in two months and had no idea when I would receive money again, Judge Wendie I. Gershengorn denied to waive filing fee's and ordered me to pay $50.00 within 30 days or she would dismiss my action. Judge Gershengorn did this cause this action was for unlawful confinement at S.B.C.C. and she knows she unlawfully confined me on August 24, 2004 at S.B.C.C. after I told her that she would be responsible for her action and my health and safety. Because the action she wanted me to pay $50.00 for (MICV 2005-00557) was for monetary relief for unlawful incarceration and MICV 2005-00696 was a writ of habeas corpus seeking G.L. c 127, s. 129d earned good time credits that would entitle me to immediate release, they shared the claim of unlawful confinement so I amended my MICV 2005-00696 complaint to include monetary damages and I have merely allowed MICV 2005-00557 to disappear cause it is not even filed, cause I needed $50.00 to have it filed.

So now I must explain MICV 2005-00696 and how

95.

it has claims different from this action.

The courts have already determined that my sentence cannot be executed at Walpole and S.B.C.C. is a new Walpole. My transfer was in 2002 and the courts ruled in 1985 and also in 1983 and it was clearly established practice from 1884 to 1978 that Walpole prisoner's and reformatory prisoners are not put in each other's prison's to serve out there sentences together, sharing all activities, or any activities at all.

My Federal action concentrates on a deliberate attempt to hurt and kill me by the Commissioner and guards and inmates. My State action seeks $100,00 a day for my unlawful confinement and cites my assault on April 22, 2002 and July 25, 2002, as injuries accured.

My Federal action uses these assaults not in an attempt to recover monetary damages but to support my claim of deliberate indifference. All my claims in my Federal Action are to support my ultimate goal of showing that the Commissioner conspired to see me hurt and used his position to control my sufferings, merely because of my legal research on the reformatory sentence structure and then the G.L.c. 127, s. 129 good conduct claim as it relates to inmates serving truth-n-sentences with concurrent terms that are entitled to G.L.c. 127, s. 129 credit cause there crime was before July 1, 1994 when it was repealed. The department is denying these inmates credit deduction from there maximum release date unlawfully and my action prooves this so the

96

guards and inmates have been allowed to psychologically torture me in hopes in me doing an action that they can somehow keep me locked up for so they can continue to control me using torturing banging and food contamination and harassment with flashlights at night and just 24 hr a day complete mental missery and physical exhaustion.

## CONCLUSION

It's evident by news paper's and news television that some prison guards are rapist's of inmates and citizens, hire inmates to kill there wives because of jelousy, savagely beat 110 pound inmates into looking like the elephant man. They hate Commissioner Dennehy. They hate Governor Romney. They hated Commissioner Maloney. The guards are mostly homosexual with vengance on there mind against inmates who remind them of there past abuse.

Commissioner Maloney was there ringleader and may still be. He still works for the department as a baurcrat in Norfolk and the man is a murderer. He tried to have me murdered and he had me tortured and every guard and staff member of the department mentioned herein and more took a part in causing me pain and suffering, and the Judges mentioned herein were bribed to camoflauge my legal arguments.

I hope this court allows me a proffessional lawyer and allows me to get these people mentioned herein to answer for what they did to me or allowed to be done to me.

Respectfully submitted,

Steven Dominic Auger Sr.

Pro se
Steven Dominic Auger Sr.
P.O. Box 8000, #C-51664
Shirley, MA 01464

April 11, 2005
cc fld

97.

SUPPORTING DOCUMENTS FOR PAGE 4, OF RESPONSE

(1.) 1st report dated May 8, 2001 has me sentenced on Sent. #1., with aggravated rape with injury and when they looked up section 22a they looked up section 22A and thought I raped two young children with Sent. #2. worded the way it is.

(2.) 2nd report is my court mitt showing I was sentenced to concord. Somecae altered this at the prison and added ( 265 -22A). This was altered after 1998 of August.

(3) Finally they corrected my rape charge to what it should have been "section 22b" plain rape. They received this information from the court in January but would not correct it until several months later. ( July 27). Cause they were wrong and did not want to admit it.

My Parole reports have my charges as rape of a child with force from the time I first got paroled accept the D.C.C. had section 22 with a small "a" before 1998 but I started to call attention to myself and parole had me as section 22 big "A" and the D.O.C. changed what they had to conform with what parole had.

Inmate Sentence Listing
C51664 AUGER, STEPHEN
Sentence Unit: A

Report Date: 2001 0508    09:26:04
Reason: Parole Return

-------------------------------------------------------------------------

Sent #: 1           Statute: 265    22    a    ST
RAPE
RAPE WITH INJURY COMM DURING OFFENSE
AGGRAVATED RAPE

Off. Date: 1983 0402
Sent. Type: Reformatory
Imposed: 1985 1009                                    PE: 1987 1008
Invoked: 1985 1009              to                    Min:
                        20 yrs 0 mos 0 dys           Max: 2005 1008
Jail Credit: 0                                        GCD: 2005 1008
Effective: 1985 1009           No Priors
Court: MIDDLESEX SUPERIOR COURT    Sentence has restrictions
Docket: 831137

Sent #: 2           Statute: 265    13H
INDECENT A&B ON PERSON 14 OR OLDER
INDECENT A&B ON PERSON 14 OR OLDER

Off. Date: 1983 0402
Sent. Type: Reformatory
Imposed: 1985 1009                                    PE: 1986 0408
Invoked: 1985 1009              to                    Min:
                        5 yrs 0 mos 0 dys            Max: 1990 1008
Jail Credit: 0                                        GCD: 1988 0918
Effective: 1985 1009           No Priors
Court: MIDDLESEX SUPERIOR COURT
Docket: 831138

Sent #: 3           Statute: 266    28
Theft of Motor Vehicle
Theft of Motor Vehicle

Off. Date: 1984 0803
Sent. Type: Reformatory
Imposed: 1986 0225                                    PE: 1986 0526
Invoked: 1986 0225             to                     Min:
                        0 yrs 0 mos 180 dys          Max: 1986 0823
Jail Credit: 0                                        GCD: 1986 0808
Effective: 1986 0225           No Priors
Court: NEWTON DISTRICT COURT
Docket: 84CR947

| Paroled | Revoked | Returned | | Escaped | Returned |
|---|---|---|---|---|---|
| 1988 0715 | 1992 0211 | 1992 0531 | | 1987 0330 | 1987 0414 |
| 1992 0810 | 1998 0310 | 1998 0225 | | | |
| 1999 0528 | 2001 0507 | 2001 0502 | | | |

Combined dates as of 2001 0508
---------------------------------------------------
Time on parole:    4,036
Dead time (parole):    109                _Original_ _ _Adjusted_
Dead time (escape):     14    PE Date: 1987 1008    1987 1022 AK
Earned time:  110.00    Minimum:
Forfeitures:     .0    Maximum: 2005 1008    2005 1021
Restorations:     .0    GCD Date: 2005 1008    2005 1021
                                                None

W/0 ECT

MAX - 2-8-06
GCD - None



DEFENDANTS EXHIBIT A cover page

:5.

MIDDLESEX, ss.

# Commonwealth of Massachusetts

SUPERIOR COURT

To the Sheriffs of our several Counties, their Deputies, and to the Superintendent of the Massachusetts Correctional Institution, ~~Cedar Junction~~ - Concord - ~~Framingham~~ and ~~Bridgewater.~~

GREETING:

WHEREAS, by the consideration of our Superior Court, holden at Cambridge within and for the County of Middlesex, on the first Monday of _October_ in the year of our Lord one thousand nine hundred and _eighty-five_ , _Stephen D. Auger_ now in custody of the Sheriff of our said County of Middlesex, ~~now before the Court by virtue of Writ of Habeas Corpus,~~ convict of the crime of _Aggravated Rape (265-22A)_ was on the _ninth_ day of _October_ in the year of our Lord one thousand nine hundred and _eighty-five_ , sentenced to confinement in the Massachusetts Correctional Institution, ~~Cedar Junction~~ - Concord - ~~Framingham - Bridgewater,~~ for a term ~~not exceeding~~ _____ years ~~or less than~~ _of twenty_ years, and to stand committed accordingly to said sentence, ~~this sentence is to be served concurrently with the sentence imposed this day in NO.~~ _____ , ~~this sentence is to be served concurrently with the sentence now being served in said institution, this sentence is to take effect from and after the expiration of the sentence now being served in said institution.~~

At Shirley Medium, Superintendent being advised (265-22A) on day sentence. It was not their to [illegible] 7 months sheriff under I was [illegible] Nor did the courts do this.

This sentence is deemed by the Court to have commenced on _____ .
The defendant having spent _____ days in confinement prior to such sentence awaiting and during trial.

WE THEREFORE COMMAND YOU, the said Sheriff and Deputies to remove the said _Auger_ from our jail in Cambridge, in said County of Middlesex, to our said Massachusetts Correctional Institution in ~~Cedar Junction~~ Concord - ~~Framingham - Bridgewater,~~ and you the said Superintendent to receive the said _____ and immediately thereon cause him ~~her~~ to be confined therein for a term of ~~not exceeding~~ _twenty_ years or ~~less than~~ years as aforesaid.

And for so doing, this shall be your warrant. And you are to make return of this warrant with your doings therein to the office of the Clerk of our Superior Court in Cambridge, as soon as may be.

Witness, Thomas R. Morse, Jr. , Esquire, at Cambridge, this _nineth_ day of _October_ in the year of our Lord one thousand nine hundred and _eighty-five_

_Robert F. Skell_
Assistant Clerk

Form #240

e Sentence Listing
C51664                AUGER, STEPHEN D
Report Date: 2004 0727 15:55:39

---

Sentence Unit: A

*Corected Statute -*
*S nt. #1 - no chg.*
*in dates,*

Sent #: 1          Statute:   1ST   265    22    b    300
                              RAPE (1ST)

Off. Date:  19830402
Sent. Type: Reformatory
Imposed:    19851009                                    PE:  19870710
Invoked:    19851009        TO 20Y                      Min:
Jail Credit: 90                                         Max: 20050710
Effective:  19850711                                    Gcd:
Court:      MIDDLESEX CAM SUP CRT
Docket:     831137

Statutory go d Time Restrictions.

---

Sent #: 2          Statute:        265    13H
                              INDECENT A&B ON PERSON 14 OR O DER            332

Off. Date:  19830402
Sent. Type: Reformatory
Imposed:    19851009                                    PE:  19860110
Invoked:    19851009        TO 5Y                       Min:
Jail Credit: 90                                         Max: 19900710
Effective:  19850711                                    Gcd: 19880620
Court:      MIDDLESEX CAM SUP CRT
Docket:     831138

16.

---

Sent #: 3          Statute:        266    28
                              Theft cf Motor Vehicle                        523

Off. Date:  19840803
Sent. Type: Reformatory
Imposed:    19860225                                    PE:  19860525
Invoked:    19860225        180D                        Min:
Jail Credit: 0                                          Max: 19860823
Effective:  19860225                                    Gcd:
Court:      NEWTON DC
Docket:     84CR947

---

| Paroled | Revoked | Returned | Escaped | Re urned |
|---------|---------|----------|---------|----------|
| 19880715 | 19920211 | 19920531 | 19870330 | 198 0414 |

These documents support my inability of the Commissioner.
See show cause response issue # 1 and 25

1st document shows I was trying to get out of Walpole
and be transfered to the Mass. Reformatory. The second
document shows that I did have a sentence to the
reformatory that a district court sentenced me so
Maloney's statement was a lie and the third document
shows all 3 of my sentences were to the reformatory.
If the Concord sentence could go to Walpole then a
district court could not run a sentence concurrent
with a sentence that can be served in Walpole.

The third document is two pages showing I kept
trying to get out of this prison.
The fourth document is another attempt to get out
of this prison to the reformatory.

The next 6 documents is my transfer chronology.



I wish to appeal a recent classification decision that was ~~ on my behalf.

RECEIVED JAN 17 2003
CLASSIFICATION DIVISION

Date of Classification board: _____ December ___
Class board recommended: S.B.C.C. ?
Superintendents decision: _____
Commissioner's decision: _____

I believe that I should be placed at: Massachusetts Penitentiary
This decision is based on the following reasons:

G.L.c.218 §27 District court NOT ALLOWED to sentence someone to Walpole but to Concord. You People can't change A Concord sentence to A Walpole but to REFORMATORY is gone. You cannot resentence me you have to move me. THE LAWS EXPLAINED MORE FULLY IN LETTER to DEPUTY SUPERINTENDANT AND CLASSIFICATION

**To be completed by Institutional personnel**

Inmate requests placement at: MASS. Reform / MATC ?
This request is: Supported _____ Not supported _____
This request is based on: Currently BSD VTC.

They knew about Concord belong there. Reformat

Superintendent/Designee _____     Date 1-15-02

**To be completed by Commissioner's Office**

After careful review of all relevant classification material and commendations, the final placement decision is: Board recommend general population. Maloney opened up new SHU with lt inmates on or around Feb 10, 2004

SBCC SHU

This decision is based upon: Inmate was analyzed by a Special GRAT NIT District Court Appeals Witch is Comprehensive. Maloney Wrought Court Chief to so Rule

Commissioner _____ William T Maloney/b ___ Date 2/6/03

Inmate
Institution
Classification
Central Records

# MAS█    █USETTS DEPARTMENT O█ █ █CTION
## ADDED DATA FORM

**Date:** 6-11-86

**Institution:** MCI-Norfolk

**Resident's Name:** Auger, Stephen D.

**Identifier:** C-51664

**Alias:**

**Birthdate:** 5-17-65

**Additional/changed Sentence Data:**

**Reason:** Additional sentence received
No change in dates

| Date Sent. | Days J.C. | Eff. Date | Offense | Sentence | Court |
|---|---|---|---|---|---|
| 2-25-86 | 0 | 2-25-86 | Larceny M.V. 266/28 | 6 mos. CC | Newton |

*84CR 947*

*d/o/o 8-3-84*

**Adjusted Release Dates:**

Special One-Third Date _____, if not applicable why? _____

PAROLE ELIG.: _____ MINIMUM: _____ MAXIMUM: _____ DISCH. DATE: _____

**Addn. Legal Data:**

**Addn./changed Personal, Social, Educational, Vocational, or Military Data:**

**Added Chronology:**

A-28

MASSACHUSETTS DEPARTMENT OF CORRECTION
SENTENCE INFORMATION FORM

Name and Identifier: __Stephen D. Auger__      __C-51664__      Institution: _MCI-Concord_

Alias: _____ None _____      D.O.B. _5/17/65_

| Date Commit'd | Date Sentenced | Days Jail Cr. | Eff. Date | Offense | Sentence (M.G.L.) | Court |
|---|---|---|---|---|---|---|
| 10-9-85 | 10-9-85 | 0-days | 10/9/85 | Agg. Rape (265-22a) | 20-yrs.(1) | Middlesex Sup. |
| 10-9-85 | 10-9-85 | 0-days | 10/9/85 | Indecent A&B (265-13H) | 5-yrs.cc(1) | "  " |
|  | 2-25-86 | 0 | 2-25-86 | Larceny M.V. | 6 mos. cc | Newton |

Prior Commitment Identifiers: _____

The present offense(s) was/were committed: (Check, if applicable)

- Committed while confined
- Committed on parole
- Committed on escape
- Committed on furlough
- Committed on work release
- Committed on education release
- Committed on P.R.A.

Central File
Data Collection Unit

Note any mandatory restrictions (i.e., good time credits, parole eligibility, programmatic prohibitions, etc), if applicable to present sentence:

_____
_____
_____

X-784

p.v.e

This is a duplicate of a letter I submitted to ~~Michael Rodriguez Director~~ of classification at
my September classification hearing. In this duplicate I added footnote marked alpha-
betically, for I have been waisting my breath for a long time with D.O.C. staff and have
already given them all this information but to make your research easier I will submit
cases that I have found while they tortured me with there psychological methods.

Director of Classification
RE: Steven Dominic Auger Sr. # C-51664 : September Class. bd
To Whom it may concern:

All sentences to Concord are governed and authorized by G.L. c.279,
ss 31-33. That statute implicated " the reformatory " (A), and sentences are re-
stricted to that institution (B). Transfers "from" the reformatory were made
under G.L. c.120, s15 and G.L. c.120, s16 and s19, authorizing transfers to the
reformatory from juvenile detentions, ie Lyman School for Boys (C). The re-
formatory has been established alongside the state and did not go
by statutes adopted for state prisoners or state prisons, until an
erroneous transfer in 1978 (D) from Concord to Walpole (reformatory in-
mates were transferred to Walpole under G.L. c.127, s97).
        Legislature did not adopt G.L. c.127, s97 for the removal of a
reformatory inmate to any correctional institution (E). It was adopted
in St. 1884, c.225 s14 (F), for the removal of prisoners from the state
prison at Boston, to the reformatory at Concord. In 1955 Legislature
unified it's institutions of Massachusetts under the title M.C.I. (B)
and Walpole opened up and they had the state prison in Charlestown,
the state prison at Walpole, the state prison colony at Norfolk and the
state farm and the reformatory at Concord (G). These all became
Correctional Institutions, so for statute G.L. c.127, s97 purposes, they
changed there wording to Correctional Institution (H), and in 1978 the D.O.C.,
thought it could be used now for the transfer of reformatory inmates
into prisons, holding prisoners sentenced to state prison sentences (R)
because it said any prisoners to any correctional institution. Walpole
sentences "yes", Concord sentences "no". G.L. c.279, s31, implicated Con-
cord (I) for its sentence. It could have implicated Gardner or S.E.C.C.
or another correctional institution (I), besides Walpole (I), but it didn't
it only implicated Concord. (I)
        A sentence under G.L. c.279, s31, is an "indefinate", sentence
that reforms and rehabilitates the prisoner (K), the prison does this, it
was set up to reform and rehabilitate the reformatory sentenced inmate
and the state prison colony at Norfolk and

                                        end of page one →

(B) McGrath, Criminal Law, Procedure, and Administration, 1955 Ann. Survey mass. Law
(A) G.L. c.135, s1 (St.1972, c.777, s8) see language before (St.1972, c.777, s8) amendment s12.2 at 121--124.
(C) Sheehan v Superintendent, of Concord Reformatory, 150 N.E. 231, 354 mass 342 (mass 1926)
(D) In 1975 and 1978 there were riots in Concord that caused transfers to Walpole, there was an emergency statute?
(E) In re Conlon, 19 N.E. 164, 148 Mass. 168 (1889)
(F) Reformatory inmates were housed in seperate buildings and never mixed with state inmates atleast up to 1972
(G) McGrath, (B) said sentences will still be made to specific institutions, ie "state" - "reformatory"
(H) G.L. c.127, s97 (St.1955, c.770, s58) see language amendment St.1955, c.770, s58
(I) see McGrath (B) "implication". See also Com v Graham, 445 N.E.2d 1043, 1049
(J) Brown v Commr of Correction, 474 N.E.2d 1059 [3] ; Com v Dupree, 453 N.E.2d 1071, 1074 -75
(K) G.L. c.279, s31 (1983) ; Platt v Com, 256 Mass. 539, 543; Campbell v Com. 339 Mass. 695, 697; Com v
    Hayes, 362 N.E.2d 905, 908

F.4

these other institutions did not have indefinate sentences with reformative purposes. They had had one criminals found by the court to be unreformable and sentenced to deter criminal behavior and to vindicate the laws (L). They were sentenced to life, as habitual offenders and others that were given long sentences with "set" minimums to keep them from getting out early (M). A Concord indefinite sentence had no minimum and no "set" parole eligibility date (N) Parole had guidelines that they went by but the reformatory prisoner had to be reformed by the prison (N), before they were released on parole and then parole had the power to terminate there "indefinite "sentence, (O). So the reformatory inmate serving a 20 year sentence could spend the whole 20 years if he was not reformed (P) or he could spend 5 years or 10 or 7, it all depended on his corrective behavior and that depended upon corective influences (P)

So a sentence to Concord can be committed to "any correctional institution under G.L.c. 279, 31'" but my sentence and all others were implicated by Concord being the one (Q). Thats what the language meant, "not that once in the hand of the Department, reformatory inmates can be at the same prisons as Walpole inmates (F). In today's terminology Walpole sentences are level 6 sentences, Concord sentences are level 4 sentences [1]. Mixing these two sentences together makes Concord sentences level 6 sentences (R), and use are endangering "are" lives and I want to be transferred to either the reformatory or a pre-release before one of these Walpole inmates hurt me. You do what you think is right but I am seeking a lawyer through my family and if you decide to hold me in these prisons with Walpole inmates then you are responsible for breaking the laws.

sincerely,
S.O. Auger Sr.
# C- 51664
J1  # 25

Sept 23, 03

[1] another thing Walpole "inmates" are level 6 inmates "no matter where there placed." Concord inmates are level 4 inmates no matter where they are placed but you can't resentence them to a level 6 and by placing them with level 6 inmates you have raised there sentence and that is unlawful and un-constitutional, (8,14, Const. Amend)

(L) Com v Jackson, 344 N.E.2d 166, 369 Mass. 904 (Mass. 1976) ; See McGrath (A) " Sentences to the reformatory were for the less confirmed more reformable type of offender".

(M) G.L.c. 279, s24 and 25

(N) See cases cited in fnt (K)

(O) G.L.c. 127, s130A; McGrath, fnt (A); Campbell v. Com. at 339 mass 697

(P) See cases cited in fnt (K)

(Q) G.L.c. 279, ss31-33 was repealed in 1994. There is no more prison for that sentence. Concord is only a reception Center ( G.L.c. 127, s20) See In re Bonner, 151 U.S. 242 (inmate in wrong prison)

(R) G.L.c. 127, s97 was not used to authorize these transfers: Sheehan v Concord, fnt (O), Id at 254 mass 346; Brown v Comm'r of Correction, 474 N.E.2d 1059, Id at 1060; Francis v Lyman, 216 F.2d 583, See section [1] on front page; Sheriff v Comm'r, 421 N.E.2d 75, 78.
Cases for transfers outside of sentence: Vitek v Jones, 445 U.S. 480; Humphrey v Cady, 405 U.S. 504; In re Bonner, 151 U.S. 242

(left margin: and me ma___ as copy of the ___ Con___ 19 NE 108; 148 Mass. 168 and mailed a copy of statutes: 279, 31-33; 127; 97; 120, s 15, s 18, fft.14, fft.04, 03)

SBCC 420- Attachment E

## INMATE CLASSIFICATION APPEAL FORM

Inmate Name: _Steven Dominic Auger Sr._    No.: _C-51664_
Institution: S.B.C.C.

    I wish to appeal a recent classification decision that was
made on my behalf.

    Date of Classification Board: _Dec. 2, 2004_
    Classification Board Recommendations: _NCCI Gardner_
    _____
    Superintendent's Decision: _____
    Commissioner's Decision: _____

    I believe I should be placed at: _Pre-release center_
    This decision is based on the following reasons:
    _I am serving a " reformatory" sentence. I have only 208 days until_
    _it is completed. The Parole Board released me on May 28, 1999 from NCCI (over_
    _Gardner, there's no reason why I should not be allowed to reintergrate →_

**************************************************************
    To be completed by institution personnel

    Inmate Requests Placement At: _____
    This Request Is:    Supported:_____    Not Supported:_____
    This Request is Based On: _____
    _____
    _____

Superintendent/Designee:_____Date:_____

**************************************************************
    To be completed by Commissioner's office

    After careful review of all relevant classification material
    and recommendations, the final placement decision is:
    _____

    This Decision Is Based Upon: _____
    _____

Commissioner: _____Date:_____

cc:   Inmate
      Institution
      Classification
      Central Records

Back into the community. I have financial depts for child support and a pre-release would allow me to secure a bank account and pay off my depts while living there.

If I appeared to be happy about the boards decision I must inform use that I was more in shock. Why we people want me to stay with inmates doing life sentences and large sums of years is not understandable to me. The guards here are very demented and I don't wish to be abused for my last 208 days.

I was sent to a pre release with 18 yrs left on my sentence? There's no reason not to transfer me to a pre release with 208 days on my sentence re-maining.

Again, I am not serving a state prison sentence and this place is not where my sentence allows me to be, and I am being treated as if the court sentenced me to Walpole.

To get out of this prison I will take Gardner cause this place is abusing me and knowbody wants to help me but alot of people are joining in with the people doing abusive things to me.

So in conclusion to get out of here I will take Gardner but I should be allowed to go to a pre-release. Please see appeal of Aug. 31, 2004, classification decision.

Dated: December 3, 2004

Steven Dominic Auger Jr.

ADMINISTRATIVE CHRONOLOGY

@

NAME: AUGER, Stephen D.

IDENTIFIER: C-51664

| Date | Initial | |
|------|---------|---|
| 10/9/85 | KLD | Sent & Comm to MCI-Concord |
| 11/8/85 | EF | CCC rec. SECC placement 3D |
| 11-18-85 | MLW | Sex Notified Com Mental Health (ch 123A) |
| 11-22-85 | JM | Sex found not SDP by Dr. Moore |
| 11-26-85 | m/m | Super's Decision SECC |
| 11-26-85 | m/m | Comm's Decision SECC |
| 11-27-85 | m/m | Trans to MCI-Norfolk |
| 1-6-86 | | Habe to Newton Dist Ct. + Ret. #84 CR 947/Cont 1-27-86 |
| 1-27-86 | | Habe to Newton Dist. ct. + Ret. # 84 CR 947/Cont 2-24 |
| 2-24-86 | | Habe to Newton Dist ct. + Ret.# 84 CR 947/cont 2-25-86 |
| 2-25-86 | | Habe to Newton Dist ct + Ret. # 84 CR 947/Guilty - 6 mos to be served cc w/ SNS |
| 3-19-86 | DSK | Unit team denies move due to transfer accorsing to CAPA next month /Supt app. BSCC 4-1-86 - 3-23-86 |
| 7-18-86 | | TRANS. to Bay State Correctional Ctr. |
| 8-27-86 | " | BSCC Class. Bd. Rev. after minimum programs + request to change location from NPRC to Boston based pre-release /Supt App. 9-8-86 / Comm. approves 9/16 |
| 9-17-86 | ML | BSCC Cl. Bd. Approve o.r.s. Rirr Coworonly /Supt. app. 9/9/86 |
| 12/08/86 | SAP | Transferred to BPRC |
| 12/12/86 | SAP | Initial Class: Phase II, Turn in Paycheck uncashr weekly once employed, Abstain from Alcohol / Monitor for drugs, Alcohol Counseling, A.A Meetings, Pursue Education x-Release |

ADMINISTRATIVE CHRONOLOGY

NAME: Augen, Stephen D        IDENTIFIER: C# 51664 @

| Date | |
|------|---|
| 12/12/86 | TALA Construction Company · 323 Eastern Ave Malden. |
| 12/17/86 | Attending A.A. meetings in the Greater Boston Area. |
| 1/13/87 | INTAKE Appointment at Eastern Middlesex Alcohol Center. |
| 3/2/87 | Laid off from TALA Construction 323 Eastern Ave Malden. |
| 3/12/87 | Employed at Filene's Basement. Downtown Boston (out) |
| 3/15/87 | Terminated employment at Filene's Basement. |
| 3/30/87 | On "Escape Status". from BSPRC |
| 4-14-87 | Ret'd from Escape (TC: Concord) |
| 4-29-87 | CCC recommends MCI-Norfolk |
| 5-4-87 | Supt's decision - MCI-Norfolk |
| 5-4-87 | Comm's decision - MCI-Norfolk |
| 5-5-87 | Trans. MCI-Norfolk |
| 4-4-87 | Par. Bd - Par. Denied - outstanding Case. P-O-N-A-L· |
| 11-5-87 | UCC CAPA Compliance, Rev 2/88 |
| 12-10-87 | Habe W.Roxbury Dist. Ct. + Ret. #87CR2245 / guilty fine $200 |
| 1-7-88 | Par. Bd. - Denied .. (2) members Reserve 6-23-88 |
| 1-29-88 | Trans. MCI-Shirley |
| 2-2-88 | CRT Verified |
| 2-3-88 | Comm. Disease Mtn. |
| 2/5/88 | Initial Assessment Completed (ng) |
| 2/9/88 | all area forms for Initial Ass. comp. |
| 3/10/88 | CCC Recommends: 1) acceptance of cases @ · H.H.E 3/88. 2) continue Positive adjustment. 3) review if necessary. (O.D.) |

## ADMINISTRATIVE CHRONOLOG

NAME: _Augus Stephen_      IDENTIFIER: _C# 51644_

| DATE | INITIALS | |
|------|----------|---|
| 4-21-88 | CB | Supt. approves Bd re. for MHHI after 3/88. |
| 5-16-88 | CGC | Transferred to T.H.P. |
| 7-15-88 | AR | PARoled from TAP |
| 2-11-92 | md | Revoked |
| 6-12-92 | md | Ret to Concord (off 5-31-92) |
| 6-17-92 | ch | Entered into Comp. |
| 8-10-92 | sml | Pauled |
| 3-10-98 | KK | Revoked |
| 3-10-98 | KK | Ret (eff 2-25-98) |
| 3-25-98 | SD | Sent Sentence Listing and D.F.S. Sheets to inmate |
| 3-26-98 | SD | Folder Audit. |
| 5/14/98 | | C.C.C Rec. MCI Shirley (level 4) |
| 5-27-98 | JF | SUPERINTENDENT'S DECISION: Dallas County Jail, Texas |
| 8-9-98 | JF | COMMISSIONER'S DECISION: MCI Shirley (4) |
| 9-25-98 | CL | Transfered to Shirley level 4 |
| 9-28-98 | JS | 6 part intake completed. |
| 11/16/98 | JF | (JR recommends New env @ SHI Med (3-0) level 5 |
| 12-22-98 | JS | SUPERINTENDENT'S DECISION Modified Class board - MCI-Norfolk - screen SoTP |

## ADMINISTRATIVE CHRONOLOGY

NAME: *Auger Stephen*          IDENTIFIER: *C 51664*

| DATE | INITIALS | |
|------|----------|---|
| 1-26-99 | JS | trans MCI-Norfolk |
| 2-17-99 | WS | rec rec NCCI (3-0) new 8-93 / adm. reclass |
| 3-16-99 | CM | Trans. NCCI |
| 3.17.99 | LL | folder audited |
| 3/17/99 | FER | INMATE ORIENTATION |
| 4/9/99 | FER | INITIAL SCREENING, REC. DORMS, DEV. 8/9 |
| 5-4-99 | JJ | P.B. vote (NCCI): Reserve - 5/28/99. H, w/w 2 wks. s/o, s/c/A. AOAA. Mand. S/A counseling (Step Intervention). Mand AA/NA 3x/wk. |
| 5/5/99 | JK | Intol / mently 8mil reject flad |
| 5/28/99 | pag | Paroled to streets |
| 5-7-01 | SH | Revoked |
| 5-7-01 | SH | Retd to con (eff 5-2-0) |
| 5-11-01 | KS | dates sent / folder audited |
| 5/22/01 | NFW | Ona secured 5/5/01 |
| 5/31/01 | CM | PRP Filed |
| 6/6/01 | KS | Malden D/C + Arr 015 0CR 1095 cont 7/17/01 |
| 6/19/01 | B.D | Redass - Board recommends NCCI (4) 3/0 |
| 7-77-01 | CL | Malden District 150CR 001 095 cont 9-12-0 |

@

ADMINISTRATIVE CHRONOLOGY

Name :                                                                    Identifier :

| Date | Initial | |
|------|---------|---|
| 6-28-01 | LD | SUPERINTENDENT'S DECISION: NCCI Level 4 |
| 7-30-01 | LD | COMMISSIONER'S DECISION: NCCI Level 4 |
| 8-9-01 | LD | T/NCCI. |
| 8-10-01 | peg | Folder Audited |
| 8/16/01 | (CW) | Inmate Orientation |
| 8/21/01 | (CW) | Initial Screening. Rec. forms. Rev. 12/01. |
| 9/12/01 | DG | Malden District Court & ret'd. # 0150CR1095 Continued until 9/14/01. |
| 9/14/01 | DG | Malden District Court & ret'd # 0150CR1095 Examination trial. Return 9/20/01. Held w/out. |
| 9/20/01 | DG | Malden District Court & ret'd. # 0150CR001095. |
| 11/14/01 | C | SIGNED N80. |
| 12/26/01 | MER | Reclass. Bd. recommends 30 SBCC per 6/02 |
| 1-3-02 1-23-02 | Epag | Malden DCT & ret'd 0150CR 0.1095 - cont 1-24-02 IMS DATES CORRECT |
| 1-24-02 | Sm. | TRANS. TO C.J. |
| 1-15-03 | dn | gen. rev./12.30.03 bd./ Supt. approved SBCC-6 |
| 1-15-03 | dn | Appeal of 12.30.03 bd/ Supt. not support-MCI-C |
| 2-06-03 | dn | gen. rev./12.30.03 bd./Comm. modified to SBCC-6/SHU |
| 2-06-03 | dn | Appeal of 12.30.03 bd/Comm. placement - SBCC-SHU-L |
| 12-19-03 | MO | Board Rec.: Remain SBCC (S.U) Vote 3/0 - Rev. 1-04 |
| 12-22-03 | MO | Supt. rec: O.C.C.C. - Level 5 |

@

ADMINISTRATIVE CHRONOLOGY

Name: Stephen Auger

Identifier: C51664

| Date | [Initial] | |
|------|-----------|---|
| 10/12/01 | DG | Malden District Court & rtd'd # 0150CR1095. |
| 12/26/01 | MSR | Reclass. Bd. recommends 3-0 trans SBCC per 6/02 |
| 2-4-02 | Saw | Hake/Camb. Dist # 0150CR2 1095 Cane by Court |
| 6-28-02 | RC | PBV: Final Rev: Rev. affirmed, parole denied; 3 parole failures AR 6/03 |
| 6/28/02 | GM | UTR rec. remain MCI-CT (3-0)    NR: 12/02 |
| 8-22-02 | LB | IMS Date Verified |
| 2-21-03 | WR | I/SBCC orientation Completed |
| 2-21-03 | WO | |
| 2-24-03 | PK | Administrative record review complete. |
| 6-20-03 | JH | Supt's Designee recom. remain SBCC |
| 9-22-03 | JH | Comm. approved for SBx |
| 10-08-03 | JH | Supt's Designee approves for OCCC |
| 10-24-03 | JH | Supt's Designee denied appeal for MCI-Concord |
| 11-13-03 | JH | Comm. denied trans — to remain @ SBCC |
| 12/19/03 | | remain SB |
| 12/22/03 | | Supt approved OCCC RTU |
| 1-15-04 | | T/BSH (18A) |
| 2-23-04 | TA | 7/SBCC. |
| 04-16-04 | JM | ICC rec. Trans to NCC 1/2↑  Rev 8/04 |
| 4-21-04 | MO | Supt. approved: NCCI-Gardner-Level(4) |
| 6-28-04 | MO | Comm. modified: Rec. O.C.C.C-Level(5) |



# ADMINISTRATIVE CHRONOLOGY

NAME: _____        IDENTIFIER: _____

| DATE | INITIALS | |
|------|----------|---|
| 8/31/04 | gm | Gen Rev. 3-0  Reman SBCC JC  rev 12/04 |
| 8-24-04 | MO | Hosed Combridge SC (rick 2004-0055A) Under Advisent |
| 9-3-04 | MO | Supt. approved: Remand S.3CC |
| 9-22-04 | MO | Comm. approved: Remand SBCC |
| 12/7/04 | gm | JCC Gen Rev  Trans NCCI — 3p rev 4/05 |
| 12-10-04 | MO | Supt. approved: NCCI Center — Denied Appeal |

ADMINISTRATIVE CHRONOLOGY

NAME: AUGER, Stephen D.

IDENTIFIER: C-51664

| Date | Initial | |
|------|---------|---|
| 10/9/85 | KLD | Sent & Comm to MCI-Concord |
| 11/8/85 | EF | CCC res. SECC placement 30 |
| 11-18-85 | MLW | Sex Notified Com Mental Health (ch.123A) |
| 11-22-85 | FM | Sex found not SDO by Dr Moore |
| 11-26-85 | M/M | Super's Decision SECC |
| 11-26-85 | M/M | Comm's Decision SECC |
| 11-21-85 | M/M | Trans to MCI-Norfolk |
| 1-6-86 | | Habe to Newton Dist Ct. + Ret. # 84CR947/cont 1-27-8 |
| 1-27-86 | | Habe to Newton Dist. ct. + Ret.# 84CR947/cont 2-24 |
| 2-24-86 | | Habe to Newton Dist. ct. + Ret.# 84CR947/cont 2-25-86 |
| 2-25-86 | | Habe to Newton Dist ct + Let. # 84CR947/Guilty - 6 mos |
| 3-19-86 | DSK | Unit team denies move due to w/sns transfer according to CNPA next month Supt app. BSCC 4 4-1-86 - 3-23-86 |
| 7-18-86 | | TRANS. to Bay State Correction Ctr. |
| 8-27-86 | | BSCC Class. Bd. Reveal after minimum progresses + request to change location from NPRC to Boston based pre-release Supt App. 9-8-86. / Comm. approves 9/16 |
| 9-17-86 | ML | BSCC Cl. Bd approve w/s Ruiz Coworely / Supt app. 9/9/86 |
| 12/08/86 | SH | Transferred to BPRC. |
| 12/12/86 | SH | Initial Class: Phase II, Turn in Paycheck uncashed weekly once employed, abstain from alcohol/Monitor for drugs, Alcohol Counseling, A.A Meetings, Pursue Education |

ADMINISTRATIVE CHRONOLOGY

NAME: _Auger, Stephen D_          IDENTIFIER: C #51664 @

| Date | |
|------|--|
| 12/12/86 | TALA Construction Company · 323 Eastern Ave Malden. |
| 12/17/86 | Attending A.A. meetings in the Greater Boston Area. |
| 1/13/87 | Intake appointment at Eastern Middlesex Alcohol Center. |
| 3/2/87 | Laid off From TALA Construction 323 Eastern Ave Malden. |
| 3/12/87 | Employed at Filene's Basement. Downtown Boston (6ur#) |
| 3/15/87 | Terminated employment at Filene's Basement. |
| 3/30/87 | On "Escape Status". from BSPRC |
| 4-14-87 | Ret'd from Escape (TC: Concord) |
| 4-29-87 | CCC recommends MCI. Norfolk |
| 5-4-87 | Supt's decision - MCI-Norfolk |
| 5-4-87 | Comm's decision - MCI-Norfolk |
| 5-5-87 | Trans _____ |
| 4-4-87 | Par. Bd - Par. Denied - outstanding Case. P-o-w A L' |
| 11-5-87 | CCC CAPA Compliance, Rev 2/88 |
| 12-10-87 | Habe W. Roxbury Dist. Ct. + Ret. #87CR2245/guilt fil. dated/96 |
| 1-7-88 | Par. Bd - 1 Denied. (2) Reserve 6-23-88 members |
| 1-29-88 | Trans. MCI-Shirley |
| 2-29-88 | CMR- Verified RO |
| 2/3/88 | Every Disease MR. |
| 2/5/88 | Initial Assessment Completed (n.c.) |
| 2/9/88 | all aca forms for Initial ass. comp. |
| 8/16/88 | CCC Recommends: 1) acceptance of copa @ · H.H.E 3/88. 1 continue Positive adjustment. 3) Review if necessary. (O.U.) |

ADMINISTRATIVE CHRONOLOG

@

NAME: _Auqu Stephen_          IDENTIFIER: _C# 51664_

| DATE | INITIALS | |
|------|----------|---|
| 4-21-88 | CB | Supt. approves Bds re, for MHHI after 3/88. |
| 5-16-88 | cac | Transferred to T.H.P. |
| 7-15-88 | AR | PARoled from JAP |
| 2-11-92 | md | Revoked |
| 6-12-92 | md | Ret to Concord (aff 5-31-92) |
| 6-17-92 | sh | Entered into Comp. |
| 8-10-92 | aml | Pauled |
| 3-10-98 | KH | Revoked |
| 3-10-98 | KH | Ret (eff 2-25-98) |
| 3-25-98 | SD | Sent Sentence Listing and D.F.S. Sheets to inmate |
| 3-26-98 | SD | Folder audit. |
| 5/14/98 | | CCC rec. MCI Shirley (level 4) |
| 5-27-98 | JF | SUPERINTENDENT'S DECISION: Dallas County Jail, Texas |
| 8-9-98 | JF | COMM. DECISION: MCI Shirley (4) |
| 9-25-98 | CL | Transferred to Shirley level 4 |
| 9-28-98 | JT | 6 part intake comple 1. |
| 11/12/98 | AF | VTR recommends review @ SHI Med (3-0) Rev 5, |
| 12-22-98 | JS | SUPERINTENDENT'S DECISION Modified Class board - MCI-Norfolk - screen SOTP |

@

## ADMINISTRATIVE CHRONOLOGY

NAME: *Augere Stephen*                IDENTIFIER: *C 51664*

| DATE | INITIALS | |
|------|----------|---|
| 1-26-99 | JS | trans MCI-Norfolk |
| 2-17-99 | WR | rec rec NCCI (3-0) rcw 8-93 / som-reclass |
| 3-16-99 | CM | Trans. NCCI |
| 3-17-99 | AL | folder audited |
| 3/17/99 | FL | INMATE ORIENTATION |
| 4/9/99 | FL | INITIAL SCREENING, Rec. DORMS, Dev. 8/9 |
| 5-4-99 | JS | P. B. vote (NCCI): Reserv -5/27/99. H, w/w 2 wks. S/O, S/C/A. AOAA. Mand. S/A counseling (Step Intervention). Mand AA/NA 3x/wk. |
| 5/5/99 | JK | Intro / meeting 8mu rept fini |
| 5/28/99 | pag | Paroled to Streets |
| 5-7-01 | SH | Revoked |
| 5-7-01 | SH | Retd to con (eff 5-2-0) |
| 5-14-01 | KS | dates sent / folder audited |
| 5/28/01 | NAW | Daa secured 5/15/01 |
| 5/31/01 | CM | RRP Filed |
| 6/6/01 | KS | Malden D/C & W 0150CR1095 Cont 7/17/01 |
| 6/19/01 | B.D | Reclass- Board recommends NCCI (4) 3/0 |
| 7-17-01 | CL | Malden District 150CR 001 095 cont 9-12-0 |

@

# ADMINISTRATIVE CHRONOLOGY

Name:                                                        Identifier:

| Date | Initial | |
|---|---|---|
| 6-28-01 | LD | SUPERINTENDENT'S DECISION NCCI Level 4 |
| 7-30-01 | LD | COMMISSIONER'S DECISION: NCCI Level 4 |
| 8-9-01 | LD | T/NCCI. |
| 8-10-01 | peg | Folder Audited. |
| 8/16/01 | (M) | Inmate Orientation. |
| 8/21/01 | (C) | Initial Screening. Rec. forms. Rev. 12/01. |
| 9/12/01 | DG | Malden District Court + ret'd. # 0150CR1095 Continued until 9/14/01. |
| 9/14/01 | DG | Malden District Court + ret'd # 0150CR1095 Examination trial. Return 9/20/01. Habe issued. |
| 9/20/01 | DG | Malden District Court + ret'd. # 0150CR001095. |
| 11/14/01 | @ | SIGNED N80. |
| 12/26/01 | MER | Reclass. Bd. recommends 3-0 SBCC per 6/02 |
| 1-3-02 | Cpag | Malden DCT + ret'd 0150CR0-1095 - cont 1-24-02 |
| 1-23-02 | | these DATES CORRECT |
| 1-24-02 | SM | TRANS TO C.J. |
| 1-15-03 | dh | gen. rev/12.30.03 bd./ Sup't. approved SBCC-6 |
| 1-15-03 | dh | appeal of 12.30.03 bd/ Sup't. not support - MCI-C |
| 2-06-03 | dh | gen. rev/12.30.03 bd./Comm. modified to SBCC-6/SHU |
| 2-06-03 | dh | appeal of 12.30.03 bd/Comm. placement - SBCC-SHU-1 |
| 12-19-03 | MO | Board Rec. Remain SBCC (S.U) Vote 3/0 - Rev. 1-04 |
| 12-22-03 | MO | Sup't. rec. O.C.C. - Level 5 |

@

# ADMINISTRATIVE CHRONOLOGY

Name: Stephen Auger

Identifier: C51664

| Date | Initial | |
|---|---|---|
| 10/12/01 | DG | Malden District Court & intd # 0150 CR 1095. |
| 12/26/01 | MER | Reclass Bd. recommends 3-0 trans SBCC per 6/02 |
| 2-4-02 | Baw | Hake/Camb. Dist # 0150CR 1095  Cone by Court |
| 6-28-02 | RC | PBU: Final Rev: Rev. affirmed, parole denied; 3 parole failures AR 6/03 |
| 6/28/02 | Gm | VTR rec. remain MCI-CT (3-0)    NR: 12/02 |
| 8-22-02 | RB | Ims Date verified |
| 2-21-03 | WB | T/ SBCC |
| 2-21-03 | LO | SBCC Orientation Completed |
| 2-24-03 | PK | Administrative record review complete. |
| 6-20-03 | GH | Supt's Designee recom. remain SBCC |
| 9-22-03 | GH | Comm. approved for SBCC |
| 10-08-03 | GH | Supt's Designee approves for OCCC |
| 10-24-03 | GH | Supt's Designee denied appeal for MCI-Concord |
| 11-13-03 | GH | Comm denied trans. - to remain @ SBCC |
| 12/19/03 | (crossed out) | remain SBCC |
| 12/23/03 | (crossed out) | Supt rec. mod OCC RTU |
| 1-15-04 | RC | T/BSH (18A) |
| 2-23-04 | To | T/SBCC |
| 04-16-04 | GM | ICC rec. Trans to NCC L2-  Rem 8/04 |
| 4-26-04 | LO | Supt. approved: NCCI-6 mo ner - Level(4) |
| 6-28-04 | MO | Comm. modified: Rec. O.C.C.C- Level(5) |



@

# ADMINISTRATIVE CHRONOLOGY

**NAME:** _____     **IDENTIFIER:** _____

| DATE | INITIALS | |
|------|----------|--|
| 8/31/04 | gm | Gen Rev. 3-0  Reman SBCC JC _ rev 12/04 |
| 8-24-04 | MO | Hosed Cambridge SC (NCCK 204-205?) Under Advisent |
| 9-3-04 | MO | Supt. approved: Remand S.300 |
| 9-20-04 | MO | Comm. approved: Remand SBCC |
| 11/1/04 | gm | ICC Gen Rev Trans NC-1 — 3/0 rev 4/05 |
| 12-10-04 | MO | Supt. approved: NCCF Gardner - Denied Appeal |