Auger

v    1:05-cv-10280-GAO

Dennehy

CHANGE OF ADRESS

please mail responses to this action

to: Steven D. Auger Sr.
(Care of) Patricia McDonald
15 Road A
Everett MA 02149

My previous address I was incarcerated at Souza Baranowski Correctional Center