UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN D. AUGER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-10280-GAO |
| | ) | |
| KATHLEEN M. DENNEHY, | ) | |
| Commissioner of Corrections, | ) | |
|     Defendant. | ) | |

ORDER FOR DISMISSAL

O'TOOLE, D.J.

    In accordance with the Memorandum and Order dated January 5, 2006 directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

                                            By the Court,

                                            /s/ Paul Lyness
                                            Deputy Clerk

Dated: January 6, 2006